# Exhibit A

# My Verizon Wireless Customer Agreement

### Customer Agreement

*(Para una copia de este documento en espanol, visite nuestro sitio web: verizon.com/espanol)*

**Thanks for choosing Verizon wireless ("Verizon"). This Customer Agreement ("Agreement") describes important information about your wireless Service and our business relationship, including:**

- **our ability to make changes to your Service or this Agreement's terms,**
- **our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court.**

### My Service

Your Service requires that you subscribe to a monthly "Plan" that includes your monthly network access, allowances and features, where you can use them (your "Coverage Area"), and their monthly and pay–per–use charges. You can also subscribe to several "Optional Services", like international connectivity, perks, or equipment protection services. Together, your Plan, its features, and any Optional Services are collectively your "Service". Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. The details of your Service terms, inclusive of any Plan features, Data Service usage or restrictions, Optional Services, and details regarding our network management is available for your review at verizon.com/support/important-plan-information or for prepaid at http://verizon.com/support/prepaid-customer-info-legal. Your Service terms and conditions are subject to and part of this Agreement. The current version of this Agreement and the terms and conditions for your Service are available online at verizon.com. By using the Service you are agreeing to every provision of this Agreement, any applicable terms and conditions for your Service, and the terms described in the Important Plan Information whether or not you have read them. This Agreement applies to you, the Account Owner (person ultimately financially liable for the account), also applies to all lines on your account, subaccount, and any one you authorize to use your Service.

### Cancellation

**You can cancel a line of Service within 30 days of accepting this Agreement as long as you return, within the applicable return period, any equipment you purchased from us or one of our authorized retailers in connection with your acceptance of this Agreement, but you'll still have to pay for your Service through that date. If you financed your device with Verizon and cancel your Service(s) after 30 days, your outstanding balance may immediately become due. Canceling service may also impact promotions associated with that line(s). You may manage your Service at any time, including canceling service, at Verizon.com. If you cancel service, you'll remain responsible for all fees and charges through the end of that billing cycle. If you signed up for Prepaid Service, no refunds will be granted after 30 days or if your account has been activated. See http://verizon.com/support/return-policy for complete details and information on returning your equipment.**

### My Privacy

Accepting this Agreement means that you also agree to our Privacy Policy, available at verizon.com/privacy, which may be updated from time to time and describes the information we collect, how we use and share it, and the choices you have about how certain information is used and shared. We will notify you or ask for your permission, as appropriate, if we plan to use your information for additional purposes. It is your responsibility to let the people who connect devices through your mobile hotspot, Jetpack or wireless router know that we will collect, use and share information about their device and use of the Service as described in our Privacy Policy. You may have additional rights provided by privacy laws in your state, for more information go to the state section of the privacy policy. If you are a California resident, you can view our California privacy notice at verizon.com/californiaprivacy.

By accepting this agreement and/or establishing a Verizon billing account and subscribing to our Service(s) for which usage charges are billed at the end of the billing period ("Postpay Service"), or by entering into a device payment installment agreement, you agree to authorize us to investigate your credit history at any time in connection with your Verizon billing account, service subscription, or device payment installment agreement, including for things like establishing your eligibility for, or to recommend to you, services provided by Verizon and its affiliates. If you'd like the name and address of any credit agency that gives us a credit report about you, just ask.



© 2025 Verizon
CA-English

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

You authorize Verizon to use or disclose information about your account and your wireless device, if available, to Verizon or its service providers for the duration of your business relationship, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy to see how we treat your data

Many services and applications offered through your device may be provided by third parties. When you access and use third-party services, including third-party services which Verizon may make available as part of or in connection with your Verizon Service, you are subject to the terms of service and privacy policy issued by those third-party providers when using their services. You should review their applicable terms and privacy policy before you use, link to or download a service or application provided by a third party.

You agree that Verizon and collections agencies that work on our behalf may contact you about your account status, including past due or current charges, using pre-recorded calls, email and calls or messages delivered by an automatic telephone dialing system to any wireless phone number, other contact number or email address you provide. Verizon will treat any mobile telephone number and any email address you provide as private and only accessible by you; you acknowledge that we may send you receipts, notices (including billing notices) and other documents regarding your service to this email address(es) or by text message at ANY TIME. Unless you notify us that your wireless service is based in a different time zone, calls will be made to your cellular device during permitted calling hours based upon the time zone affiliated with the mobile telephone number you provide. Communication preferences can be managed any time by visiting verizon.com/myverizon.

### What happens if my Postpay Service is canceled before the end of my contract term?
If you're signing up for consumer Postpay Service, you're agreeing to subscribe to a line of Service on a month–to–month basis. If you signed up for a minimum contract term, as shown on your receipt or order confirmation, once you've completed your contract term, you'll automatically become a customer on a month–to–month basis for that line of Service; if your Service is suspended without billing or at a reduced billing rate, that time doesn't count toward completing your contract term. Also, if you bought your wireless device from an authorized agent or third–party vendor, you should check whether it charges a separate termination fee.

**If you purchased a device on a monthly installment agreement and cancel service, you should check that agreement to determine if you may have to immediately pay off the balance.**

### Your Mobile Number and Porting
You may be able to transfer, or "port", your wireless phone number to another carrier. If you port a number from us, we'll treat it as though you asked us to cancel your Service for that number.

If you're a Prepaid customer, you won't be entitled to a refund of any balance on your account. If you port a number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You don't have any rights to your Mobile Telephon Number (MTN)r, except for any right you may have to port it. After a line of service is disconnected, for any reason, the disconnected (MTN) may not be suspended or otherwise reserved and may not be able to be recovered.

### Can I have someone else manage all or a portion of my Postpay account?
You can appoint someone to manage your Postpay account. The person you appoint (the Account Manager) must be age 18 or older (19 in Alabama and Nebraska) and must not use a device or service that is intended for use by a child. An Account Manager will be able to make changes to your account, including adding new lines of Service, buying a new wireless device(s) on a device payment agreement based upon your credit history, billing certain services and accessories to your account, and extending your contract term. Some account owners may want to create a subaccount. A subaccount enables an Account Owner to designate one or more lines to a subaccount and send the bill for the lines on a subaccount to a specified Account Manager with the intent to have them pay that portion separately. You, the Account Owner, remain responsible for any changes an Account Manager makes to your account or subaccount.

### Can Verizon change this Agreement or my Service?
We may change prices and/or any other term of your Service or this Agreement at any time, but we'll provide notice first (except as noted below in the "What Charges are set by Verizon?" and "Government Taxes, Fees, and Other Charges" sections), including written notice if you have Postpay Service. If you use your Service after the change takes effect that means you're accepting the change. If you're a Postpay customer and a change to your Plan or this Agreement has a material adverse effect on you, you can cancel the line of Service that has been affected within 60 days of receiving the notice with no early termination fee if we fail to negate the change after you notify us of your objection to it. Notwithstanding this provision, if we make any changes to the dispute resolution provision of this Agreement, such changes will not affect the resolution of any disputes that arose before such change, unless you want them to apply to a pending dispute.

**My wireless device**
Your wireless device must comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with your Service. We may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data, or how you've programmed or use your wireless device. By activating Service that uses a SIM (Subscriber Identity Module) card, you agree we own the intellectual property and software in the SIM card that we may change the software or other data in the SIM card remotely and without notice, and we may utilize any capacity in the SIM card for administrative, network, business and/or commercial purposes. In order to mitigate theft and other fraudulent activity, newly purchased devices may be locked temporarily to work exclusively on the Verizon Networks. For more information, visit verizon.com/support/device-unlocking-policy.

**Where and how does Verizon wireless service work?**
Wireless devices use radio transmissions, so unfortunately you can't get Service if your device isn't in range of a transmission signal. And please be aware that even within your Coverage Area, many things can affect the availability and quality of your Service, including network capacity, your device, terrain, buildings, foliage and weather. Some devices have limited SMS capabilities outside of the range of a cellular network.

**How does Verizon calculate my charges?**
You agree to pay all access, usage and other charges that you or any other user of your wireless device incurred. If multiple wireless devices are associated with your account, you agree to pay all charges incurred by users of those wireless devices. For charges based on the amount of time used or data sent or received, we'll round up any fraction to the next full minute or, depending on how you're billed for data usage, the next full megabyte or gigabyte. For outgoing calls, usage time starts when you first press **Send** or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press **End** or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines. For Postpay Service, usage cannot always be processed right away and may be included in a later bill, but the usage will still count towards your allowance for the month when the Service was used.

**What charges are set by Verizon?**
In addition to the cost of your plan or any features to which you may subscribe, our charges may also include an Administrative and Telco Recovery Charge, in addition to the other fees described in this Agreement. The Administrative and Telco Recovery Charge isn't a tax, it isn't required by law, is not necessarily related to anything the government does, and it is kept by us in whole or in part. The amount of the Administrative and Telco Recovery Charge and what it pays for may change over time. Our charges also include a Federal Universal Service and a Regulatory Charge, which are also not taxes, aren't required by law, and are not related to government imposed charges and may change. For those charges imposed by the government on us which we are permitted to recover from you as a fee, charge, or surcharge, we may not be able to notify you in advance of changes to those charges. For more information, visit: verizon.com/support/surcharges/.

**Government taxes, fees and other charges**
You must also pay all taxes, fees and other charges that federal, state and local governments require us to collect from our customers. Please note that we may not be able to notify you in advance of changes to these charges.

**What is roaming?**
You're "roaming" whenever your wireless device connects to a network outside your Coverage Area or connects to another carrier's network, which could happen even within your Coverage Area. There may be higher rates or extra charges (including charges for long distance, tolls or calls that don't connect), and your data service may be limited or slowed, when roaming.

**How can I prevent unintended charges on my bill?**
Many services and applications are accessible on or through wireless devices, including purchases of games, movies, music and other content. Some of these services are provided by Verizon. Others are provided by third parties that may offer the option to bill the charges to your Verizon bill or other methods of payment. Charges may be one–time or recurring. The amount and frequency of the charges will be disclosed to you or the person using your device or a device associated with your account at the time a purchase is made. If the purchaser chooses to have the charges billed to your account, such charges will become part of the amount due for that billing cycle. **VVerizon offers tools to block or restrict these services, and to block all billing for third–party services on your Verizon wireless bill, at verizonwireless.com/myverizon. We do not support calls to 900, 976 and certain other international premium rate numbers.**

**How and when can I dispute charges?**
If you're a Postpay customer, you can dispute your bill, but unless otherwise provided by law or unless you're disputing charges because your wireless device was lost or stolen, you still have to pay all charges until the dispute is resolved. **YOU MAY CALL US TO DISPUTE CHARGES ON YOUR BILL OR**

YOUR BILL OR ANY SERVICE(S) FOR WHICH YOU WERE BILLED, BUT IF YOU WISH TO PRESERVE YOUR RIGHT TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING SUCH DISPUTE, YOU MUST WRITE TO US AT THE CUSTOMER SERVICE ADDRESS ON YOUR BILL, OR COMPLETE THE NOTICE OF DISPUTE FORM AVAILABLE AT: https://www.verizon.com/about/nod/notice-of-dispute-wireless-form.

### What are my rights for dropped calls or interrupted Service?

If you drop a call in your Coverage Area, redial. If it's answered within 5 minutes, call us within 90 days if you're a Postpay customer, or within 45 days if you're a Prepaid customer, and we'll give you a 1–minute airtime credit. If you're a Postpay customer and you lose Service in your Coverage Area for more than 24 hours in a row and we're at fault, call us within 180 days and we'll give you a credit for the time lost. Please be aware that these are your only rights for dropped calls or interrupted Service.

### Billing and Payments

**If you're a Postpay customer and we don't get your payment on time, we will charge you a late fee of up to 5 percent per month on the unpaid balance, or a flat $7 per month, whichever is greater, if allowed by law in the state of your billing address.** (If you choose to have your Service billed by another company (pursuant to a Verizon-approved program), late fees are set by that company and may be higher than our late fees.) Late fees are part of the rates and charges you agree to pay. If you fail to pay on time and we refer your account(s) to a third party for collection, a collection fee will be assessed and will be due at the time of the referral to the third party. The fee will be calculated at the maximum percentage permitted by applicable law, not to exceed 18 percent. We may require a deposit at the time of activation or afterward, or an increased deposit. We'll pay simple interest on any deposit at the rate the law requires. We may apply deposits or payments in any order to any amounts you owe us on any account. If your final credit balance is less than $1, we will refund it only if you ask. If your service is suspended or terminated, you may have to pay a fee to have service reactivated. Billing for mobile Service begins when your Service is activated, or, if your device is mailed to you, on your estimated delivery date; billing for Verizon Home Internet (Wireless) Service, including Wi-Fi Backup, Whole-Home Wi-Fi and Whole-Home Wi-Fi Plus, starts when your service is activated, on your estimated delivery date, or day of in-store pickup or professional setup completion, whichever is earlier. Your estimated delivery date is the delivery date that our shipping partner provides when we place it in their care for shipment. if you overpay your account balance, we have the right to refund any amount of the overpayment.

If you're a Verizon Prepaid customer, you may replenish your balance at any time before the expiration date by providing us with another payment. If you maintain a Prepaid account balance, it may not exceed $1,000 and you may be prevented from replenishing if your balance reaches $1,000. We may apply your payments to any amounts you may owe us if your earlier account replenishment payments had been reversed. If you do not have sufficient funds in your account to cover your Service, and sufficient funds are not added within 60 days, your account will be canceled and any unused balance will be forfeited.

If your check or electronic bank payment to us is returned as not payable, we will charge your account a returned payment fee that will be the lesser of $30 or the maximum allowable by law. The substantive laws of Pennsylvania shall be applied to disputes related to checks tendered as payment in full for less than the full balance due, without regard to the conflicts of laws and rules of that state. If you make a payment, or make a payment arrangement, through a call center representative, we may charge you an Agent Assistance Fee. If you make a payment even though your account has a credit balance, we may reject, reverse, or return the entire payment.

### Backup Payment Agreement

When you identify the payment account or payment method that you want us to debit or charge in the event that your account is closed but remains unpaid, you authorize us to bill that payment account or payment method for the amount of any such outstanding balance(s) that you might continue to owe us for any of your Verizon accounts. If the payment method is a credit or debit card, you also agree that we may obtain updated account information from your card issuer or card network for that card. You also affirm that you have the authority to approve all charges to that designated payment account or payment method.

### What if my wireless device gets lost or stolen?

We're here to help. It's important that you notify us right away, so we can suspend your Service to keep someone else from using it. If you're a Postpay customer and your wireless device is used after the loss or theft but before you report it, and you want a credit for any charges for that usage, we're happy to review your account activity and any other information you'd like us to consider. Keep in mind that you may be held responsible for the charges if you delayed reporting the loss or theft without good reason, but you don't have to pay any charges you dispute while they are being investigated. If you are a California customer and we haven't given you a courtesy suspension of recurring monthly charges during the past year, we'll give you one for 30 days or until you replace or recover your wireless device, whichever comes first.

Verizon periodically checks and provides reporting to the Global System for Mobile communications Association ("GSMA") list of devices reported lost, stolen, or fraudulently obtained. If at any time a device IMEI has been reported to that list Verizon will suspend service to that device. If you obtain or activate a device that is reported lost or stolen, or a device that is on your account is subsequently reported lost or stolen, you must work with the seller to remove the device from the lost or stolen list.

### What are Verizon's rights to limit or end Service or end this Agreement?

We can, without notice, limit, suspend or end your Service or any agreement with you for any good cause, including, but not limited to: (1) if you: (a) breach this agreement or violate our Acceptable Use Policy (https://www.verizon.com/about/terms-conditions/acceptable-use-policy) or prohibited usage policies; (b) resell your Service; (c) use your Service for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any US governmental agency; (d) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (e) steal from or lie to us; or, if you're a Postpay customer; (f) do not pay your bill on time; (g) incur charges larger than a required deposit or billing limit, or materially in excess of your monthly access charges (even if we haven't yet billed the charges); (h) provide credit information we can't verify; (i) are unable to pay us or go bankrupt; or (j) default under any device financing agreement with Verizon; or (2) if you, or any user of your device or any line of service on your account, or any account manager on your account: (a) threaten, harass, or use vulgar and/or inappropriate language toward our representatives; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. Heavy Data Users, as described in our open internet page verizon.com/about/our-company/open-internet and Important Plan Info at https://www.verizon.com/support/important-plan-information, may have their Mobile or Fixed Wireless Access data prioritized behind other traffic in times of congestion during an affected billing month. We can also temporarily limit your Service for any operational or governmental reason.

### Am I eligible for special discounts?

If you're a Postpay customer, you may be eligible for a discount if you are and remain affiliated with certain professions or an organization that has an agreement with us. Unless your discount is through a government employee discount program, we may share certain information about your Service (including your name, your wireless telephone number and your total monthly charges) with your organization from time to time to make sure you're still eligible. We may adjust or remove your discount according to your organization's agreement with us, and remove your discount if your eligibility ends or your contract term expires. In any case, this won't be considered to have a material adverse effect on you.

### DISCLAIMER OF WARRANTIES

**We make no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose, about your Service, your wireless device, or any applications you access through your wireless device. We do not warrant that your wireless device will work perfectly, that all features will work, that your device will not need occasional upgrades or modifications, or that it will not be negatively affected by network–related modifications, upgrades or similar activity.**

### WAIVERS AND LIMITATIONS OF LIABILITY

**You and Verizon both agree to limit claims against each other solely to direct damages. This means that to the fullest extent allowed by applicable law, neither of us will claim any damages that are indirect, special, consequential, incidental, treble, or punitive, regardless of the theory of liability. For example, disallowed damages include those arising out of a Service or device failure, unauthorized access or changes to your account or device, or the use of your account or device by others to authenticate, access or make changes to a third-party account, such as a financial or cryptocurrency account, including changing passwords or transferring or withdrawing funds. This limitation also applies if you bring a claim against one of our suppliers, to the extent we would be required to indemnify the supplier for the claim.** You agree we aren't responsible for problems caused by you or others, or by any act of God. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information (like pictures) that gets lost or deleted if we work on your device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability that it imposes.

### HOW DO I RESOLVE DISPUTES WITH VERIZON?

**PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS.**

**(1) BINDING ARBITRATION. YOU UNDERSTAND THAT BY ENTERING INTO THIS AGREEMENT YOU ARE GIVING UP THE RIGHT TO BRING A CLAIM IN COURT OR IN FRONT OF A JURY AGAINST VERIZON. YOU AND VERIZON BOTH AGREE TO RESOLVE DISPUTES ONLY BY ARBITRATION OR IN SMALL CLAIMS COURT AS DISCUSSED BELOW.** Dispute means any dispute that in any way relates to or arises out of this Agreement. This includes, but is not limited to, any

equipment, products and services you receive from us, any advertising for such products or services, or alleged personal injury or invasion of privacy relating to such products or services, and includes any disputes you have with our employees or agents. This also includes any dispute regarding the validity, enforceability, or scope of any portion of this Agreement (including the Agreement to arbitrate) unless otherwise provided in this Agreement. You can also bring any issues you may have to the attention of federal, state, or local government agencies, and if the law allows, they can seek relief against us for you. This Agreement is governed by the Federal Arbitration Act. **This Agreement to arbitrate continues to apply even after you have stopped receiving services from us**. While the procedures in arbitration may be different, an arbitrator can award you the same damages and relief, and must honor the same terms in this Agreement, as a court would, subject to the limits on arbitrator authority set forth below. If the law allows for an award of attorneys' fees, an arbitrator can award

(2) **ARBITRATION PROCEDURES. EXCEPT AS SPECIFICALLY NOTED BELOW, ANY DISPUTE WILL BE RESOLVED BY ONE OR MORE NEUTRAL ARBITRATORS BEFORE THE AMERICAN ARBITRATION ASSOCIATION ("AAA").** Unless you and Verizon agree otherwise, the arbitration will take place in the county of your billing address, and the AAA's Consumer Arbitration Rules will apply to the arbitration. Unless otherwise provided in this Agreement, you and Verizon agree that the AAA, including a process arbitrator, shall have authority to resolve disputes relating to which version of this Agreement applies. If the AAA cannot or does not administer a dispute under this Agreement, despite the parties' compliance with the terms of this Agreement and the applicable AAA rules, you and Verizon will agree to select another arbitral forum. If both parties cannot agree on an arbitral forum, a court in the county of your billing address will select an arbitral forum to decide the dispute pursuant to Section 5 of the Federal Arbitration Act. **Unless otherwise provided in this Agreement, an individual arbitrator appointed to determine the merits of the dispute shall have exclusive authority to arbitrate, including but not limited to any dispute regarding the validity, enforceability, or scope of any portion of this Agreement (including the agreement to arbitrate).** You can get procedures, rules, and fee information from the AAA (www.adr.org) or from us. If you have followed the mandatory informal dispute resolution process set forth in Paragraph 4, Verizon will reimburse any filing fee that the AAA charges you for arbitration of the dispute at the conclusion of the arbitration. Verizon will also pay any administrative and arbitrator fees charged by the arbitration tribunal. **By submitting an arbitration demand, the party and counsel represent that, as in court, they are complying with the requirements of Federal Rule of Civil Procedure 11(b). The Arbitrator is authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 on represented parties and their counsel.** The arbitrator assigned to any arbitration between you and Verizon shall resolve the claims within 120 days of appointment or as swiftly as possible thereafter, consistent with fairness to the parties.

For claims of $25,000 or less, you can choose whether you'd like the arbitration carried out based only on documents submitted to the arbitrator, or by a hearing in person or by phone. Alternatively, for claims within the jurisdictional limit of the small claims court in the state encompassing your billing address, either you or Verizon can choose to bring an individual action in small claims court instead of proceeding in arbitration. Furthermore, if the claims in any request or demand for arbitration could have been brought in small claims court, then either you or Verizon may choose to have the claims heard in small claims court, rather than in arbitration, at any time before the arbitrator is appointed, by notifying the other party of that choice in writing. If this provision or the limitation on bringing actions to small claims court is found to be invalid, then this provision shall be severable and the matter will proceed in arbitration; in no way will this provision allow for an action to be brought on a class or collective basis.

(3) **CLASS AND COLLECTIVE ACTION WAIVER. THIS AGREEMENT DOESN'T ALLOW CLASS OR COLLECTIVE ARBITRATIONS EVEN IF THE AAA PROCEDURES OR RULES WOULD. IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, INCLUDING IF A CUSTOMER OR VERIZON OPT OUT OF ARBITRATION PURSUANT TO PARAGRAPH (5) BELOW, YOU AND VERIZON AGREE THAT, TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, NO ACTION WILL BE BROUGHT ON A CLASS OR COLLECTIVE BASIS AND YOU AND VERIZON UNCONDITIONALLY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING, CLAIM OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT IN ANY WAY.** In the event of litigation, this paragraph may be filed to show a written consent to a before a judge and not a jury. **NO CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL OR GENERAL INJUNCTIVE RELIEF THEORIES OF LIABILITY OR PRAYERS FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION HELD UNDER THIS AGREEMENT.** Any question regarding the enforceability under applicable law or interpretation of this paragraph shall be decided by a court and not the arbitrator. Should a court determine that this paragraph prohibits an individual claimant from seeking public injunctive relief, and the applicable law provides an unwaivable right to pursue such public injunctive relief, you and we agree that any claim or request for public injunctive relief shall be stayed and resolved by the court after arbitration of the remaining claims and requests for relief and the remainder of this agreement will be enforceable.

(4) **MANDATORY INFORMAL DISPUTE RESOLUTION PROCESS. If either of us intends to seek arbitration under this agreement, the party seeking arbitration must first notify the other party of the**

**dispute in writing at least 60 days in advance of initiating the arbitration.** The notice must be provided on an individual basis and provide sufficient information to allow the other party to assess and attempt to resolve the claim. This includes, at a minimum, enough information to allow the other party to identify the account at issue and include the name of the Verizon wireless account holder, the mobile telephone number at issue, a description of the claim, the specific facts supporting the claim, the damages the party claims to have suffered and the relief the party is seeking. Notice to Verizon should be sent to Verizon wireless dispute resolution manager, using the form available here: verizon.com/about/nod/notice-of-dispute-wireless-form. Notice to you will be sent to the most recent contact information we have for you. **This mandatory informal dispute resolution process is designed to allow the parties to make a fair, fact-based offer of settlement if they choose to do so. Neither party can proceed to arbitration unless they provide the information required in this Paragraph.** You may choose to be represented by an attorney or other person as part of this process, but if you do you must indicate that you are represented by an attorney on the form available at verizon.com/about/nod/notice-of-dispute-wireless-form and confirm you authorize us to discuss your account information with this attorney or other person. **The sufficiency and enforceability of this paragraph is an issue to be decided by a court prior to the filing of any demand for arbitration and the AAA must not accept, administer, assess, or demand fees in connection with any demand that has not satisfied the requirements set forth in this paragraph.** The parties acknowledge and agree that AAA's failure to comply with this paragraph will cause the parties irreparable injury and that in such event the parties shall be entitled to injunctive relief in addition to further relief as may be proper. If either party has provided this information and the parties are unable to resolve their dispute within 60 days, either party may then proceed to file a claim for arbitration. **ALL APPLICABLE LIMITATIONS PERIODS (INCLUDING STATUTES OF LIMITATIONS) WILL BE TOLLED FROM THE DATE OF RECEIPT OF A NOTICE DESCRIBED IN THIS PARAGRAPH THROUGH CONCLUSION OF THE PROCESS CONTEMPLATED BY THIS PARAGRAPH.**

(5) **ADDITIONAL PROCEDURES FOR MASS FILINGS. This paragraph sets forth additional procedures that apply to mass filings.** A MASS FILING IS WHEN 50 OR MORE CUSTOMERS WHO RAISE SIMILAR CLAIMS AND ARE REPRESENTED BY THE SAME OR COORDINATED COUNSEL INITIATE NOTICES OF DISPUTE PURSUANT TO PARAGRAPH 4 ABOVE, WHICH MUST BE SUBMITTED ON AN INDIVIDUAL, CLAIMAINT-BY-CLAIMANT BASIS, OTHERWISE ATTEMPT TO COMMENCE ARBITRATIONS, OR FILE A COMPLAINT IN COURT. IF A MASS FILING IS COMMENCED, THE CLAIMS SHALL PROCEED IN ARBITRATION IN A COORDINATED PROCEEDING. **You and Verizon understand and agree that these additional procedures shall apply as set forth in this paragraph and that the resolution of your dispute might be delayed if these additional procedures are triggered.** THE PARTIES AGREE THAT AS PART OF THESE PROCEDURES, THEIR COUNSEL SHALL MEET AND CONFER IN GOOD FAITH IN AN EFFORT TO RESOLVE THE DISPUTES, STREAMLINE PROCEDURES, ADDRESS THE EXCHANGE OF INFORMATION, MODIFY THE NUMBER OF DISPUTES TO BE ADJUDICATED, AND CONSERVE THE PARTIES' AND THE AAA'S RESOURCES.

**Stage One.** In the first stage, 80 arbitrations will proceed and counsel for the Verizon wireless customers and counsel for Verizon wireless shall each select 40 cases to proceed first in arbitration in individual bellwether proceedings in individual arbitrations. The remaining arbitrations shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After the arbitrations in the first stage are completed, the parties must engage in a mediation of all remaining cases, and Verizon will pay the mediation fee.

If the parties cannot agree how to resolve the remaining arbitrations after mediation, they will move forward to a second stage.

**Stage Two.** In the second stage, 100 arbitrations will proceed and counsel for the Verizon customers and counsel for Verizon shall each select 50 cases to proceed in arbitration in individual bellwether proceedings before separate arbitrators. The remaining arbitrations shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After the arbitrations in the second stage are completed, the parties must engage in a mediation of all remaining cases, and Verizon will pay the mediation fee.

After the second stage concludes, if the parties cannot agree how to resolve the remaining claims, any individual customer who is part of this coordinated proceeding, or Verizon, may elect to opt out of arbitration by providing notice to opposing counsel, and if the customer wishes to proceed with the claim, they may file an individual complaint in court.

For those customers who do not opt out of arbitration, their claims will proceed in arbitration in continued batches of 100 claims as set forth above for the second stage. The remaining arbitrations shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. **THE FILING OF A NOTICE OF DISPUTE BY A CUSTOMER IN ACCORDANCE WITH PARAGRAPH 4 OR FILING OF A COMPLAINT IN COURT WILL TOLL ALL APPLICABLE STATUTES OF LIMITATIONS FOR THAT CUSTOMER'S DISPUTE UNTIL THE COMPLETION OF**

**THE PROCESS DESCRIBED IN THIS PARAGRAPH.**

A court of competent jurisdiction will have authority to enforce these Additional Procedures for Mass Filings, including by entering an injunction to prohibit filings in violation of this paragraph. These Additional Procedures for Mass Filings and each of its requirements are essential parts of this Agreement. If, after exhaustion of all appeals, an arbitrator or court of competent jurisdiction decides that these Additional Procedures for Mass Filings apply to your dispute but are not enforceable, then your dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of this Agreement.

(6) **NO BINDING EFFECT.** An arbitration award and any judgment confirming it apply only to that specific case. It can't be used in any other case except to enforce the award itself.

(7) **WRITTEN SETTLEMENT OFFER.** We may, but are not obligated to, make a written settlement offer anytime before the arbitration hearing. The amount or terms of any settlement offer may not be disclosed to the arbitrator until after the arbitrator issues an award on the claim. If you don't accept the offer and the arbitrator awards you an amount of money that's more than our offer but less than $5,000, or if we don't make you an offer, and the arbitrator awards you any amount of money but less than $5,000, then we agree to pay you $5,000 instead of the amount awarded. In that case we also agree to pay any reasonable attorneys' fees and expenses, regardless of whether the law requires it for your case. If the arbitrator awards you more than $5,000, then we will pay you only that amount.

## About this Agreement

If either you or we don't enforce our rights under this agreement in one instance, that doesn't mean you or we won't or can't enforce those rights in any other instance. You cannot assign this Agreement or any of your rights or duties under it without our permission. However, we may assign this Agreement or any debt you owe us without notifying you.

**If you're a Prepaid customer and we send notices to you, they will be considered received immediately if we send them to your wireless device or to any email you've given us, or if we post them as a precall notification on your Service, or after three days if we mail them to the most current address we have for you. If you need to send notices to us, please send them to the Customer Service Prepaid address at verizon.com/contactus.**

**If any part of this agreement, including anything regarding the arbitration process (except for paragraph 3 of the dispute resolution section above), is ruled invalid, that part may be severed from this agreement and the rest enforced.**

**This agreement and the documents it incorporates form the entire agreement between us. Any other documents, or on anything said by any Sales or Customer Service Representatives will not form any part of the agreement between us, and you have no other rights regarding Service or this agreement.** This Agreement isn't for the benefit of any third party except our parent companies, affiliates, subsidiaries, agents, and predecessors and successors in interest. Except where we've agreed otherwise elsewhere in this agreement, this agreement and any disputes covered by it are governed by federal law and the laws of the state encompassing the billing address associated with your Verizon account, without regard to the conflicts of laws and rules of that state.

Updated November 5, 2025