# Exhibit E

*We recommend that you view this content online or on your mobile device for a better design and navigation experience and the ability to seamlessly access links and other documents. This version is provided so you can PRINT a version of this content in a single document.*

# Let's take a look at the full Verizon Privacy Policy.

Our Privacy Policy describes the information we collect, how it is used and disclosed, your choices about uses and disclosure and your rights under certain privacy laws.

## What information does Verizon collect?

Learn about the information Verizon collects about you, your devices and your use of products and services we provide.

### We collect information when you interact with us and use our products and services.

The types of information **Verizon** [1], or service providers acting on our behalf, collect depends on your use of our products and services and **the ways that you interact with us** [2]. This may include information about:

> **1. Verizon Value**
>
> This policy applies to Verizon Wireless, Verizon Value, and Visible customers and to the visitors of websites where this policy is posted, including for example, within mobile apps we offer. Verizon Value includes Clearway Wireless for Business, GoSmart Mobile, Net10 Wireless, Page Plus, SafeLink Wireless, Simple Mobile, Straight Talk Wireless, Total Wireless, Tracfone and Walmart Family Mobile.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

Close

### 2. the ways that you interact with us

You may interact with us in a variety of ways, for example, when you visit our stores, call us, or use our sites or apps to place an order or ask questions about your account or services; work with Verizon as a representative of a business customer; contact us on social media; seek technical support; open emails we send or interact with our ads; participate in our rewards programs or redeem discounts; enter a Verizon-sponsored or affiliated contest, sweepstakes or promotion; refer a friend or respond to a referral; or register to receive news or public policy updates.

When you communicate with us, we and our service providers may monitor or record the interaction and use artificial intelligence managed by humans to help us better serve you; to personalize your experiences; to train or otherwise support employees, resources or systems; and for security purposes. When you interact with us through third-party services like Facebook Messenger, your communications are also governed by these companies' privacy policies.

- **Contact, billing and other information you provide** [3]
- **How you use our services and your devices** [4]
- **How you use our sites and apps** [5]
- **How our network and your devices are working** [6]
- **Location of your wireless devices** [7]

### 3. Contact, billing and other information you provide

This includes your name, address, email, phone numbers where you can be reached, images, voice recordings or voiceprints, other biometric identifiers, date of birth, driver's license number, Social Security Number or Tax Identifier, username and password and payment information.

It can also include information you provide, including in polls or surveys; Verizon-sponsored promotions; device setup; Lifeline Assistance Program applications; Community profiles such as your profile signature, avatar, biography and your time zone; and grant or job applications.

### 4. How you use our services and your devices

Depending on the services you use, this may include: call records containing phone numbers you call and receive calls from, sites you visit, text and messaging records, wireless location, application and feature usage, product and device-specific information and identifiers including device nickname, router connections, domain name server information, technical configurations, service options you choose, mobile and device numbers, rewards program activity, video streaming and video packages and usage, movie rental and purchase data, TV and video viewership, speed and other driving characteristics, and other similar information.

### 5. How you use our sites and apps

This includes information about your browsing, searching and buying activities such as your IP address, mobile phone number, device numbers and identifiers, web addresses of the sites you come from and go to next, the date and time of your visit, screen recordings, cursor movements, screen interactions and clicks, browser and operating system information, device and platform type, carrier, connection speed, language preferences and other attributes. We may derive the general area you are in and the internet service provider you are using from the IP address you use.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 6. How our network and your devices are working

We monitor the condition of our networks, including Fios Internet Wi-Fi, such as traffic flow, speed, capacity, power, quality and environmental conditions including nearby Wi-Fi access points and the temperature and operating status of home internet equipment. We may also collect test information from or take pictures or a video of equipment we install or repair, and, if you allow it, create floorplans of your home analyzing Wi-Fi connectivity.

We install system software on some wireless devices which may:

- collect information about network and device conditions including location, battery life and apps on the device.
- automatically install apps or software when you activate your device, during certain operating system upgrades and with your consent at later times, for example, when you request an app from an advertisement. The software may also update apps that it installed on your device or when you otherwise permit it.  It also collects information when an app it places is first opened or is uninstalled and may send you notifications about Verizon and third-party offers and promotions that may interest you. You can use your device app controls to disable notifications from Verizon App Manager or the Mobile Services Manager to opt out of these messages.

Some apps installed or updated on your device in this way do not appear as icons on your device screen because of their limited utility and may operate on your device when it is connected to Wi-Fi, even if the device is deactivated from the wireless network. These apps may facilitate the download of apps you select for your device, update apps you already have on your device, report to an app owner that an app has been opened on the device, or identify when a deactivated device is active on Wi-Fi. You can see and also delete or disable apps installed on your device, whether or not they have visible icons, using your device's Application Manager under Settings. Apps on your device are governed by their own terms and privacy policies.

### 7. Location of your wireless devices

We collect cell tower location information. Based on what you have allowed, we may also collect Wi-Fi, Global Positioning Satellite (GPS) and other location information, for example, through Verizon apps you use

Business customers may have contracts with us that include privacy provisions that are specific to that relationship and differ from what you find here. Your contract will govern in those cases.

## We also obtain information from others.

This includes:

- **Credit information from outside agencies** [8]
- **Demographic and interest data** [9] as well as device type, carrier, city and state information from third-party data providers
- **Information from social media platforms** [10] when you interact with us via social media or use your social media login to interact with Verizon sites or offers
- **Contact, marketing lead and other information we purchase or receive** [11]
- **Fraud information** [12]

### 8. Credit information from outside agencies

We obtain this information when you purchase products, apply for services, or when we pre qualify you for products or services.

### 9. Demographic and interest data

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 10. Information from social media platforms

This includes information we obtain from your public profile as well as interests, "likes" and similar information you permit social media companies to provide to us.

### 11. Contact, marketing lead and other information we purchase or receive

This includes lead information we purchase as well as leads we obtain from "refer a friend" and similar programs. It also includes landlord information when we need it for installing, repairing or maintaining equipment.

### 12. Fraud information

This includes risk scores and other indicators we receive from companies that help us identify fraud.

---

# How does Verizon use information?

Learn about the different ways we use the information we collect.

## We use information to provide you with services and enhance your experiences with us.

We use information to:

- Deliver and maintain products and services
- Establish and maintain your account and billing records
- Measure credit and payment risk
- Provide account-related services and information
- Help you with service and technical support issues or questions
- Manage and protect our networks, services, employees and users
- Detect and prevent fraud
- Help us improve and **personalize your services and our marketing** [13]
- Research, develop and market new products and services
- Authenticate you
- **Determine your eligibility for new products and services** [14]
- **Better predict and deliver personalized content and offers** [15] that may interest you

### 13. Personalize your services and our marketing

For example, we may use information we collect to tailor the content you see and personalize our communications with you and your experiences with us, manage the frequency with which you see an advertisement, tailor advertisements to better match your interests, provide service-related notices and understand the effectiveness of our advertising.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 15. Better predict and deliver personalized content and offers

We may deliver Verizon marketing on our sites and apps and on non-Verizon sites and apps; by our representatives; and via mail, email, or other Verizon services or devices. Verizon marketing may include ads for Verizon services or third-party products and services sold by Verizon. To do this we may generate unique identifiers from your email or mobile telephone number.

These ads may be placed based on information we have about your Verizon products and services, and geographic and demographic information. You have choices about how we market to you and how we use your information for certain marketing activities. Go to choices (https://www.verizon.com/about/privacy/full-privacy-policy#acc-item-34).

### information about your visits

This applies to information we collect as part of providing broadband Internet access services to you.

We may use automated processing, including artificial intelligence, to assist us with these uses. For example, we use predictive analytics to monitor our network for faults and outages which helps us proactively and rapidly fix issues, and we may use machine learning techniques to train algorithmic models with information we have about you and other customers to provide more relevant marketing messages or predict what services might be of interest.

Our Custom Experience program uses information about **sites you visit and apps you use** [16] on your mobile device to help us better personalize our communications with you, give you more relevant product and service recommendations, and develop plans, services, and offers that are more appealing to you. You are included in the program unless you opt out. (https://www.verizon.com/about/privacy/full-privacy-policy#acc-item-34)

### 16. sites you visit and apps you use

We use only the first part of the web addresses (URLs) you visit (the part that includes the top level domain and subdomain of the URL); we do not use information past the first "/" or "?" in the URL. We use this information and usage patterns within this information to predict your interests, preferences and other insights we use in the program.

Our Custom Experience Plus program uses a broader set of information for the same purposes, including information about sites you visit and apps you use, your Verizon Fios services, location information, and Customer Proprietary Network Information, including phone numbers you call or those that call you. You must opt in to be part of this program (https://www.verizon.com/about/privacy/full-privacy-policy#acc-item-34).

If you participate in Custom Experience or Custom Experience Plus, you may receive personalized Verizon marketing on our sites and apps and on non-Verizon sites and apps; from our representatives; and via mail, email, or other Verizon services or devices. Verizon marketing may include ads for Verizon services or third-party products and services sold by Verizon. More information about our Custom Experience programs is available in our program FAQs (https://www.verizon.com/support/verizon-custom-experience-programs-faqs).

## We use some types of information for additional purposes:

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

| Information: | Additional uses: |
|---|---|
| Clicks, opens and other interactions with our advertisements, emails, sites and apps | • To personalize your experiences and make our marketing more relevant to you<br>• To help you when you request assistance with website or app navigation<br>• To protect you and us against fraud |
| Location obtained from system applications on your mobile devices | • To assist with locating you in an emergency<br>• To help improve location accuracy in our services and apps<br>• To provide you with mobile application updates |
| Information, including recordings, from your calls and chats with our service and support representatives | • To help train and allow employees, service providers, and systems to better serve you<br>• To secure your account<br>• To provide customized technical support<br>• To assist you with device settings<br>• To personalize your experience and make our marketing more relevant to you |
| Employment and grant applications and surveys | • For the purpose for which you provide it, or as described at the time when you submitted the information. |
| Information obtained from others | • To determine creditworthiness and perform business risk analysis<br>• To verify your identity<br>• To contact you with marketing offers<br>• To improve business modeling |
| Network usage information | • To measure service quality on your current plan and other plans we offer |
| Domain name server information | • To deliver content efficiently and help you find the website you are looking for<br>• To block harmful content<br>• For network security<br>• To provide technical support |

## Information about how you use our websites and apps.

We, and third-party companies acting on our behalf, collect information from our sites and apps for operational purposes such as improving website and app security, authenticating you, detecting and deterring fraud, improving site performance and providing content or analytics.

We and these third-party companies may use cookies, pixels, web beacons, tags, scripts, or similar technologies (http://www98.verizon.com/about/privacy/cookies) on our pages and the browsers you use and may access advertising or other identifiers from your mobile device operating systems.

## We also use de-identified and aggregated information.

We may de-identify or aggregate information so that Verizon or others may use it for business and marketing purposes. For example, the data we aggregate might be used to analyze, personalize and improve our services, to provide business and marketing insights to others and to help make advertising more relevant to you. When we do this, we maintain and use the information in deidentified form and do not attempt to reidentify the information. **You have choices about some of these uses.**

17

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 17. You have choices about some of these uses

For example, you can opt out of our advertising and insights programs. Go to choices (/about/privacy/full-privacy-policy#acc-item-34).

---

## Does Verizon disclose information it has about me?

We disclose information within Verizon, with service providers who do work on our behalf, and with third parties as further described in this section.

### We disclose information within Verizon.

We disclose information within Verizon, including with our affiliates, for a variety of purposes, including providing you with the latest information about our products and services and offering you our latest promotions, or to enhance your Verizon experience, such as by combining account information into a single location for easy access and to better assist you. You can limit the disclosure of **Customer Proprietary Network Information [18]** and **certain credit information [19]** if you do not want us to use them to market services to you that are different from the ones you have.

### 18. Customer Proprietary Network Information

Customer Proprietary Network Information (or CPNI) is information that relates to the type, quantity, destination, technical configuration, location, amount of use and related billing information of your telecommunications or interconnected Voice over Internet Protocol (VoIP) services. Federal law governs our use and disclosure of CPNI.

### 19. certain credit information

Credit information includes your credit score, information in your consumer reports, and your account history.

### We disclose information to service providers and partners.

**Service Providers.** We use service providers to help us offer, provide, repair, restore and bill for services. We disclose information to them as necessary for them to perform work for us. They are required to protect information they receive from us or collect on our behalf and use it only for the purposes we allow.

We may disclose to or we may allow our service providers to collect personal information, including your activity on our sites and in our apps. These companies may use technologies, such as cookies, pixels, web beacons, tags, scripts, identifier matching or similar technologies (http://www98.verizon.com/about/privacy/cookies) on our pages and the browsers you use or we may disclose information using application programming interfaces (APIs). These service providers help us improve website and app security, authenticate you, detect and deter fraud, improve site performance, provide content or analytics, conduct advertising and marketing activity and other purposes as described in the "How does Verizon use information" section.

**Partners.** When you purchase or use services that are offered by Verizon and one of our partners, both parties may collect information about you. When this is the case, you should also review the partner company's privacy policy because it may describe uses of information that are different from ours.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**20. Verizon Value brands**

The Verizon Value brands that participate are Total Wireless, Straight Talk, Tracfone, Simple Mobile, Walmart Family Mobile, Net10 Wireless, Go Smart Mobile, and SafeLink Wireless.

**21. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)

If you are a Walmart Family Mobile customer, we work with Walmart Stores, Inc. ("Walmart") to offer the Walmart Family Mobile service. Any information you provide directly to Walmart is subject to Walmart's Privacy Policy, including information you provide to Walmart in connection with your device purchase, upgrade, return, replacement, or technical support whether in its stores, by phone or online. In addition, if you activate Walmart Family Mobile communications services at a Walmart store, Walmart may request personal information from you that is disclosed to Verizon Value as a necessary part of the activation process, and which may also be retained by Walmart. You can learn more by visiting Walmart's Privacy Policy (https://corporate.walmart.com/privacy-security/walmart-privacy-policy).

We disclose information about your devices' 5G connectivity and network speed to mobile device operating system providers, app developers, and video content providers that you engage with so that they can optimize your experience.

We may also switch your device connectivity from our wireless network to in-building network providers such as neutral host and Wi-Fi networks, when you enter certain private buildings, venues, or campuses, and they may collect information as needed to provide device connectivity service to you.

We disclose risk scores with other companies for fraud purposes.

We also disclose de-identified information to companies to assist with the delivery of advertising campaigns or aggregate reports.

## We disclose information to advertising companies.

We may disclose, or allow certain **third-party advertising and analytics companies** [22] to collect personal information such as your email address, information about your purchase of products and services from us, and information about your activity on our sites and in our apps. These companies may use your email address, or other information they collect to create one or more identifiers associated with you, your household or your device(s) both on and off our sites and in our apps. They can use that information to help us provide more relevant Verizon advertising on our own and on non-Verizon sites and apps. These companies may combine this information with information they collect elsewhere to determine whether you or someone with similar interests may fit into an audience that advertisers, including Verizon, are trying to reach, to serve targeted advertising to you on our sites and other sites and platforms, or to find other potential customers. To do this, we and these companies use a

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**22. third-party advertising and analytics companies**

For example, third-party advertising and analytics companies including advertising partners, ad measurement companies and social media networks.

We request that advertising companies disclose when they are using interest-based advertising techniques to deliver ads on our sites and apps as well as when they deliver Verizon ads elsewhere. We also require them to comply with privacy laws.

Verizon sites and services may also include social networks or other third-party plug-ins and widgets that may provide information to their associated social networks or third parties even if you do not click on or otherwise interact with the plug-ins and widgets.

Our customers and website visitors can limit the sale and sharing of personal information as well as the use of this information for certain types of targeted advertising. Certain states give consumers who reside in those states the right to make these opt out choices. California law also gives business customers the right to limit the sale and sharing of personal information.

- Verizon Wireless and Home services customers can visit the Verizon Your Privacy Choices (https://www.verizon.com/privacy/your-privacy-choices) page to opt out.
- Verizon Value customers, can opt out by visiting the **Your Privacy Choices** [23] page available from the link at the bottom of the website of the Verizon Value brand that you use.
- Visible wireless customers can opt out at the Visible Your Privacy Choices (https://www.visible.com/legal/privacy-choices) page. If you are a Visible Merch or Visible Offers customer, or if you use the Visible Community site, you can **opt out on these sites.** [24]
- Verizon Community users can visit the Verizon Community Your Privacy Choices (https://community.verizon.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.
- Teachers who access Verizon Innovative Learning HQ can visit the Verizon Innovative Learning Your Privacy Choices page to opt out. (/learning/your-privacy-choices)

**23. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)
- Page Plus and Clearway Wireless for Business do not engage in this activity.

**24. opt out on these sites**

- Visible Community customers can visit the Visible Community Your Privacy Choices (http://community.visible.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.
- Visible Merch or Visible Offers customers can click the "Your Privacy Choices" link at the footer of the Visible Merch (https://www.visiblemerch.com/) or Visible Offers (https://www.visibleoffers.com/#/home) websites.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

## We disclose certain Fios TV information for audience measurement and market research purposes

The **Fios TV apps** [25] and website include Comscore (https://www.comscore.com/About/Privacy/Data-Subject-Rights)and Nielsen (https://www.nielsen.com/us/en/legal/privacy-statement/digital-measurement/) software that collects information for these companies' market research and audience measurement purpose, including information about the content you viewed; the apps, website and device you used; your advertising identifier (if available); IP address; and operating system. You have a choice about participating (https://www.verizon.com/about/privacy/full-privacy-policy#acc-item-34).

> **25. Fios Tv Apps**
>
> Fios TV apps include Fios TV Mobile, an app available on mobile devices, and Fios TV Home, an app available on select devices that support over-the-top and streaming video, such as Amazon Fire devices, AppleTV, Roku, or Verizon Stream TV.

## We disclose directory listings and Caller ID information.

We may publish your name, address and wireline telephone number(s) or provide this information to directory publishers, assistance services, or others. These companies can use this information in other formats or for other purposes, and they may make it available to others. We do not publish directories with wireless telephone numbers or make them available to others for listing in directories, unless you request that we do so.

We also provide your name and wireline or wireless telephone number for Caller ID and similar services.

## We may disclose information in other situations.

In certain circumstances, we disclose information that individually identifies you, your device, and other information we collect, such as:

- **To comply with the law** [26]
- **To protect you, others or us** [27]
- **To credit companies and collection agencies** [28]
- When needed by outside auditors and regulators
- If Verizon enters into a merger, acquisition or sale of all or a portion of our assets or business
- With your consent

> **27. To protect you, others or us**
>
> This includes protecting our rights, property or the safety of our customers or employees; in cases involving danger of death or serious physical injury to any person or other emergencies; to protect against fraudulent, malicious, abusive, unauthorized or unlawful use of our products and services (including providing a risk score to help deter fraud) and to protect our network, services, devices and users from such use.

> **26. To comply with the law**
>
> This includes to comply with valid legal process including subpoenas, court orders or search warrants, and as

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**28. To credit companies and collection agencies**

For example, to communicate with credit bureaus or collection agencies for determining credit risk, for reporting purposes, and to obtain payment for Verizon-billed products and services; and with our credit card issuer for the prescreening and application process for our credit card.

# Does Verizon have programs that allow other companies to use information about me?

We may use information for third-party advertising, insights and identity verification programs.

### Our advertising programs make ads you see more personalized and useful.

The programs described here use information to predict whether you fit within an audience an advertiser is trying to reach and help them show relevant advertising to you. The programs may also measure advertising campaign effectiveness. <u>You can opt out of participating in these programs. (/about/privacy/full-privacy-policy#acc-item-34)</u>

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

|  | Relevant Online Advertising | Relevant TV Advertising |
|---|---|---|
| Who can participate? | Verizon Wireline Internet customers | Fios TV customers |
| Where will I see ads? | On websites you visit | **When you view Fios TV** [29] |

> **29. When you view Fios TV**
>
> This may include when you view Fios TV on your TV, on the Fios TV website or on the Fios TV apps.

|  | Relevant Online Advertising | Relevant TV Advertising |
|---|---|---|
| What information is used? | **Verizon, third party and advertiser information** [30] | **Verizon, third party and advertiser information** [31] |

> **30. Verizon, third party and advertiser Information**
>
> This includes information we have about your postal address and use of Verizon products and services (such as service packages, Fios TV purchases and viewership categories); and demographic and interest information you provide or we obtain from other companies, such as your gender, age range and interests (i.e. sports fan, frequent diner or pet owner). The program may also use information provided to us by or on behalf of advertisers.

> **31. Verizon, third party and advertiser information**
>
> This includes information we have about your postal address and use of Verizon products and services (such as service packages, connected devices, TV and video purchases and viewing data); and demographic and interest information you provide or we obtain from other companies, such as your gender, age range and interests (i.e. sports fan, frequent diner or pet owner). The program may also use information provided to us by or on behalf of advertisers.

|  | Relevant Online Advertising | Relevant TV Advertising |
|---|---|---|
| **Information that identifies me will not be disclosed outside of Verizon, its service providers and advertising partners** | ✓ | ✓ |
| **I have a choice about participating** | ✓ | ✓ |
| **More Information** | Relevant Online Advertising FAQs | Relevant TV Advertising FAQs |

**Our Business and Marketing Insights program helps companies understand**

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**32. Verizon and third-party information**

This includes information about how you use your mobile device (such as web browsing, device location, app/feature use, and IP address or similar information), certain information about your Verizon products and services (such as device type and amount of use), and demographic and interest information you provide or we obtain from other companies (such as gender, age range and interests). We may also use point of interest and  location information we obtain from others as well as information provided by business and marketing clients who want insights related to their own businesses.

**33. Business and marketing insights**

Insights are observations about groups of people that can be used to better understand consumer actions. For example, we may create insights about the number of customers in different age groups who visit a website, use an app, or go to a retail store or stadium. We also can develop insights to help estimate traffic patterns about people who move from one area to another during the morning rush hour.

## Our Identity Verification Service helps protect you against fraud.

We use certain Verizon Wireless account, device, profile, network and roaming information to help companies with which you do business; for example, to help your bank confirm that you are contacting them rather than a fraudster, which may help protect you against theft and account takeover. These entities that verify your identity are contractually required to protect the information and use it only for providing their verification service. You have a choice about participating. (/about/privacy/full-privacy-policy#acc-item-34)

# What choices do I have about uses of personal information?

You have choices about how Verizon reaches you with marketing offers and about certain other uses of information we have about you.

## You have choices about whether personal information is used for interest-based advertising.

You can limit the sale and sharing of personal information for certain purposes as well as the use of this information for certain types of targeted advertising. Some state laws give consumers who reside in those states the right to make these opt out choices. California law also gives business customers the right to limit the sale and sharing of personal information.

- Verizon Wireless or Home services customers can opt out by visiting Your Privacy Choices ✓✕ (/privacy/your-privacy-choices).
- Verizon Value customers can opt out by visiting the **Your Privacy Choices** [34] page available from the link at the bottom of the website of the Verizon Value brand that you use.
- Visible wireless customers can opt out at the Visible Your Privacy Choices (https://www.visible.com/legal/privacy-choices) page. If you are a Visible Merch or Visible Offers customer, or if you use the Visible Community site, you can **opt out on these sites** [35].
- Verizon Community users can visit the Verizon Community Your Privacy Choices (https://community.verizon.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.
- Teachers who access Verizon Innovative Learning HQ can visit the Verizon Innovative Learning Your Privacy Choices page (/learning/your-privacy-choices) to opt out.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 34. Your Privacy Choices

- Tracfone:  https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk:  https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile:  https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless:  https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile:  https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless:  https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink:  https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile:  https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)
- Page Plus and Clearway Wireless for Business do not engage in this activity.

### 35. opt out on these sites

- Visible Community users can visit the Visible Community Your Privacy Choices (http://community.visible.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.
- Visible Merch or Visible Offers customers can click the "Your Privacy Choices" link at the footer of the Visible Merch (https://www.visiblemerch.com/) or Visible Offers (https://www.visibleoffers.com/#/home) websites.

These pages also describe how we honor Global Privacy Control (https://globalprivacycontrol.org/) signals you may set on your browser. We do not respond to Do Not Track signals

If you are an Android user you can use the "Your Privacy Choices" link at the bottom of notifications pushed to your device to opt out of personalized app recommendations. You can also turn off all recommendations by disabling notifications for Verizon App Manager or Mobile Services Manager in your device settings.

You can also visit the industry-wide Digital Advertising Alliance opt-out page (https://www.aboutads.info/) or click on this **icon** [36] available in or around online advertisements placed using interest-based advertising techniques to learn more and opt out of the use of your information for this type of advertising. Similarly, you have choices about allowing this type of advertising on your mobile device. On Apple devices, you will only be included in this activity if you opt-in. You can review or change an app's tracking permission by going to your device Setting>Privacy>Tracking. On Android devices, you can opt out using your device setting to "Opt out of Ads Personalization".

### 36. icon

Clicking on this icon provides additional information on the companies and data practices that were used to deliver the ad and describes how you may opt out of these advertising programs.

## You can limit the ways we may send marketing offers to you.

### Telemarketing
Opt out of **marketing-related calls** [37] by calling 1-800-922-0204 (or for Fios customers by calling 1-800-VERIZON). It can take up to 10 days to remove you from existing marketing campaigns.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**Emails**

Opt out of receiving marketing-related emails by following the unsubscribe instructions at the bottom of marketing emails you receive.

**Text messages**

Opt out of receiving marketing-related texts by following the unsubscribe instructions included in texts you receive.

**Postal mail**

Opt out of receiving marketing-related mail by calling 1-800-922-0204 (or for Fios customers, by calling 1-800-VERIZON). Note that even if you unsubscribe, you could still receive mail when we use a bulk mailing service that delivers to all homes within a ZIP code.

**Door-to-door marketing**

Opt out of door-to-door marketing by calling 1-800-922-0204 (or for Fios customers by calling 1-800-VERIZON).

---

## You have choices about whether certain information may be used within Verizon for specific marketing purposes.

**Credit information**

Wireline customers can limit the disclosure of credit information within Verizon for the marketing of new products and services. Check the instructions in the notice (http://www98.verizon.com/about/privacy/customer-proprietary-network-information) on your monthly bill, or call 1-844-366-2879 to opt out.

**Customer Proprietary Network Information (CPNI)**

You can limit the **sharing of CPNI** [38] within Verizon for marketing services to you that are different from the ones you have.

Verizon Wireline and certain business customers:

📞 1-866-483-9700 to update your account preferences.

Verizon Wireless and certain business customers:

📞 1-800-333-9956 to update your account preferences.

Other customers:
Follow the instructions in the Verizon notice or contract language seeking consent.

> **38. sharing of CPNI**
>
> Here is an example of a CPNI notice (customer-proprietary-network-information) we provide to customers.

---

## You have choices about participating in Verizon programs that use web browsing and other information to personalize your experiences with us.

**Custom Experience**

Verizon Wireless postpaid consumer and small business customers are included in the Custom Experience program unless you opt out. For more information about this program, visit our Frequently Asked Questions (https://www.verizon.com/support/verizon-custom-experience-programs-faqs/) page. You can opt out using the privacy preferences page in My Verizon (http://verizonwireless.com/myprivacy) or in the My Verizon app (Edit profile & settings -> Privacy preferences); or by calling us at 1-866-211-0874.

**Custom Experience Plus**

Verizon Wireless postpaid consumer and small business customers must opt in to the Custom Experience Plus program to be

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

## You have choices about advertising, insights, verification and audience measurement services.

### Relevant Online Advertising

Fios internet customers are included in the Relevant Online Advertising program unless you opt out. For more information about this program, visit our Frequently Asked Questions (https://www.verizon.com/support/residential/announcements/direct-digital-marketing) page. To opt out:

- Log in to your My Verizon account online
- Go to the Services area of My Verizon online
- Click on Internet
- Select the Manage Online Advertising Preferences link within My Internet Service

### Relevant TV Advertising

Fios TV customers are included in the Relevant TV Advertising program unless you opt out. For more information about this program, visit our Frequently Asked Questions (https://www.verizon.com/support/residential/announcements/relevant-tv-advertising) page. To opt out:

- Log in to your My Verizon account online
- Go to the Services area of My Verizon online
- Click on TV
- Select the Manage TV Advertising Preferences link within My TV Service

### Business and Marketing Insights program

Verizon Wireless postpaid and small business consumers can opt out of the use of certain information in aggregate reports. For more information about this program, visit our Frequently Asked Questions (https://www.verizon.com/support/business-marketing-reports-faqs/) page. You can opt out using the privacy preferences page in My Verizon (http://verizonwireless.com/myprivacy) or in the My Verizon app; or by calling 1-866-211-0874. Account owners and account managers can update preferences for all lines on their account.

### Identity Verification service

Verizon Wireless postpaid and prepaid consumers can opt out of the use of information to help companies with which you do business verify your identity using the privacy preferences page in My Verizon (http://verizonwireless.com/myprivacy) or in the My Verizon app. Account owners and account managers can update preferences for all lines on their account.

Verizon Value customers can opt out of the disclosure of information to our partner, Prove, for identity verification to facilitate your interactions with third parties, such as banks. Our partner uses the information we share to assist third parties with decisions about credit applications that you submitted to a band or other third party. You can opt out using the **Your Privacy Choices** [39] link at the bottom of the website for the Verizon Value brand that you use.

---

**39. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)

---

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

You can also make choices on individual devices. On Apple mobile devices, you can only participate if you opt in using the pop-up notice in the Fios TV apps and you can change your choice using Apple device settings. On Android mobile devices, you can opt out by using your device setting to "Opt out of Ads Personalization". On Amazon Fire devices, you can opt out using the "Interest-based Ads" setting.

If you opt out, only de-identified viewing information will be shared.

## You have other choices available to you.

### Location
We collect network location information about your mobile devices so that we can provide your services and operate our network. If you do not want this information collected about your mobile devices, please turn your mobile devices off.

The operating system on your mobile device collects device location information and discloses it to apps you have permitted to have this information, including some Verizon apps. You can toggle the setting to "off" using the settings menu on your device. You can also use the settings menu to toggle location information to "off" for specific apps, but you may need to enable it for navigation or other location features to work in those apps.

You can rename your router to include "_nomap" or "_optout" if you don't want us to use the location of your Wi-Fi router access point to improve the accuracy of our services or apps. For example, change "Myrouter" to "Myrouter_nomap".

### Credit Prescreening
You have a choice about whether companies use information about you to prescreen you for credit, including our credit card. You can opt out at www.optoutprescreen.com (https://www.optoutprescreen.com) or by calling 1-888-567-8688.

# How does Verizon protect my information, and how do I update my account details?

Learn about our information security and retention practices and how to update your account information.

## Information security and retention.

We use technical, administrative and physical safeguards to help protect against unauthorized access to, use or disclosure of information we collect or store. In addition, we train our employees on the importance of privacy and security, as well as the proper ways to access, use and disclose customer information. Our practices and policies prohibit employees with whom we disclose this information from using sensitive information unless they are authorized to do so and have a business need.

Our policies require that we retain records for as long as they are needed for legal, tax, audit, investigative, and security purposes and then securely delete or destroy them. We incorporate personal information into different types of records, not always by distinct data elements. For example, your name is part of your account, billing, technical support and call detail records.

Although we strive to keep information secure, we can't guarantee that our safeguards will prevent every unauthorized **attempt to access** [40], use or disclose personal information. We use our security and incident response plans to handle such incidents. You can help secure your account using advice, tips and tools we provide (https://www.verizon.com/about/responsibility/account-security).

> **40. attempt to access**
>
> For example, we have seen unauthorized attempts to access our customers' third-party accounts, including accounts that customers have with financial institutions, email service providers or social media.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**Let's work together to keep children safe.**

If you see content you believe to be related to child sexual abuse, or if you see any other illegal content involving children when using a Verizon service, report it by sending an email to abuse-csam@verizon.com and include the words "child sexual abuse material" in the subject line. You can also make a report directly to the National Center for Missing and Exploited Children through their CyberTipline. (http://www.missingkids.org/gethelpnow/cybertipline)

**Disclosing information in public forums.**

Some of our sites, apps and services let you participate in discussions or leave reviews. These are public spaces so your comments can be read, collected and shared by anyone. By sharing information in these forums, you are giving consent to the disclosure of this information.

**Accessing and updating your account information.**

Customers can review and update their account information in the following ways:

**Verizon Wireline**

📞 1-800-VERIZON

or access your Verizon home account online (https://www.verizon.com/home/myverizon/)

**Verizon Wireless**

📞 1-800-922-0204

or access your Verizon mobile account online (http://verizonwireless.com/myprivacy)

**Verizon Enterprise Services**
Contact your account manager

**Verizon Connect**

📞 1-800-711-5800

**Customers of specific apps**
Use your app settings

Customers who have Fios or other fiber-to-the-home services can submit a privacy inquiry form (/about/privacy/privacy-inquiries) to set up an appointment to review the personally identifiable information we have about you. You can only review records that contain your personally identifiable information, and you'll have to provide proper identification to do so. We'll work with you to update our records if necessary. You may be charged for copies of documents that you request.

# Do I have additional rights under Federal law?

You may have additional rights under the Cable Act.

**Information about the Cable Act**

The "Cable Act" (Section 631 of the Communications Act of 1934, as amended) limits the collection and disclosure of **personally identifiable information [41]** by cable operators and requires operators to tell you, to the extent that the Cable Act applies to the services you purchase, about the personally identifiable information they collect.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 41. Personally Identifiable Information

Under the Cable Act, personally identifiable information does not include aggregate data that does not identify a particular person.

We may use our cable system to collect personally identifiable information necessary to render cable service or other services provided to you over the cable system and to detect and prevent unauthorized access to services. We may collect additional personally identifiable information with your prior consent. We may use or disclose personally identifiable information without consent where necessary to render services and to conduct legitimate business activities related to the services we provide.

We may also disclose your name and address as long as you have the ability to prevent or limit this disclosure and the disclosure does not reveal, directly or indirectly, your viewing or other uses of the services we provide. We disclose name and address information to service providers as part of our Relevant TV advertising program. These providers work on our behalf to help our advertisers optimize their ads by preventing the same ads you see on Fios from being shown to you in other places. You can opt out of participating in the Relevant TV advertising program (http://verizon.com/relevanttvfaqs).

We may also disclose personally identifiable information if it is required by law to comply with **valid legal process** [42].

### 42. Valid Legal Process

We may disclose personally identifiable information to a governmental entity to comply with valid legal process, but we will not disclose records revealing your video programming unless we receive a court order indicating that the governmental entity has made a specified showing of relevance and you were afforded an opportunity to contest the order. We may be required to disclose personally identifiable information (including your video programming) to a non-governmental entity to comply with a court order, after you have been provided notice.

We retain personally identifiable information only as long as reasonably necessary for business, accounting, tax or legal purposes. If you would like to access the personally identifiable information we have about you, please submit a privacy inquiry form (/about/privacy/privacy-inquiries) to arrange a time and convenient location to do so during business hours. If you believe any of your personally identifiable information is inaccurate, we will work with you to update our records.

If you believe that your Cable Act privacy rights have been violated, please submit a privacy inquiry form (/about/privacy/privacy-inquiries) and we will work with you to address your concerns. If you believe that you have been aggrieved as a result of a violation of the Cable Act, you may enforce the limitations imposed by the Cable Act through a civil action in a United States district court seeking damages, attorney's fees, and litigation costs. Other rights and remedies may also be available to you under federal or other applicable laws.

## Do I have specific rights under state privacy laws?

You have specific rights under state laws, including California, Colorado, Connecticut, Delaware, Illinois, Iowa, Maine, Maryland, Minnesota, Montana, Nebraska, Nevada, New Hampshire, New Jersey, Oregon, Tennessee, Texas, Utah, Virginia and Washington privacy laws.

## California Consumer Privacy Act

The **California Consumer Privacy Act (CCPA)** [43] provides California residents with specific rights.

### 43. California Consumer Privacy Act (Ccpa)

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**You have the right to know what personal information we collect, how we use it, and how long we keep it.** This privacy policy provides details about our collection and use practices. California law requires that we also describe the **categories of personal information we collect and use** [44] and the sources of that information. We collect personal information **when you interact with us** [45] and use our products and services, from third parties and from our network and the devices you use. Some of the information we collect is considered **sensitive personal information under California law** [46].

---

**46. sensitive personal information under California Law**

The California law defines sensitive information to include information that reveals your social security, driver's license, state identification card, or passport number; account log-in information with required security or access codes; financial account, debit or credit card number along with required security or access code, password, or credentials allowing access to an account; precise geolocation; racial or ethnic origin, religious or philosophical beliefs, or union membership; contents of your mail, email, and text messages unless we are the recipient of the communication; genetic data; and using biometrics to uniquely identify you and collecting or analyzing personal information about your health, sex life or sexual orientation.

---

**45. when you interact with us**

You may interact with us in different ways, for example, when you place an order or have questions about your account or services; work with Verizon as a representative of a business customer; contact us on social media; seek technical support; enter a Verizon-sponsored or affiliated contest, sweepstakes or promotion; or register to receive news or public policy updates.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**44. categories of personal information we collect and use**

We collect the following categories of personal information:

- Identifiers, including, name, postal and email address, mobile device identifiers, IP address, account credentials, alias, business customer representative contact information, Social Security, driver's license number, state identification card or passport number, and other similar identifiers. We use this information to provide you with products and services, operate our business, communicate with you and provide customer service, personalize your experience, improve our services, provide marketing and advertising, create business insights, debug and audit our processes and services, short term transient uses, research, security, fraud and legal reasons.
- Legally protected classifications, including race, ancestry, gender, and disability. We use this information to provide you with accommodations that you request such as alternative billing; to communicate with you in the language that you request; for business operations; and for the specific purposes we describe to you when you consent, for example when you respond to a survey.
- Commercial information, including products and services you purchase and consider, how you use them, and reward program activity. We use this information to provide you with products and services, operate our business, communicate with you and provide customer service, personalize your experience, improve our services, provide marketing and advertising, create business insights, debug and audit our processes and services, short term transient uses, research, security, fraud and legal reasons.
- Internet information, including browsing history, search and other activity on our sites, and information about your interaction with our sites, apps, advertisements and social media; and phone device usage and activity. We use this information for purposes including business operations; security and fraud protection and prevention; to personalize your experiences and our marketing; and for the specific purposes we describe to you when you opt in.
- Geolocation data from our network and, when you permit it, our apps. We use this information for purposes including business operations; security and fraud protection and prevention; to personalize your experiences and our marketing; and for the specific purposes we describe to you when you opt in.
- Audio, electronic, visual, or similar information, including voice recordings of customer service calls and photographs of customer equipment or that you use within our apps. We use this information to troubleshoot service, improve our service and for quality assurance, help us better understand our customers and our markets, personalize your experiences, authenticate you, provide marketing and advertising, test for bias, create business insights and for security and fraud prevention.
- Professional or employment-related information. We use this information for business operations; security and fraud prevention; and for the purposes described to you when you provided it.
- Education information. We use this information for business operations; security and fraud prevention; and for the purposes described to you when you provided it.
- Inferences we create from the information we collect that create a profile reflecting your preferences, characteristics, predispositions, and behavior is used to help us understand our customers and our markets, better personalize your experiences, provide marketing and advertising; test for bias; and create inferences and business insights.
- Secure account information including your account log-in credentials, financial account, debit or credit card number with any required security or access code, password, or credentials that allow access to an account. We use this information to provide you with access to your accounts, measure credit and payment risk, accept payment for products and services you purchase; confirm eligibility for certain services such as the Lifeline Assistance Program security and fraud prevention and legal compliance purposes.
- Genetic, biometric and health information, for example, some Verizon apps allow you to disclose health information with your trusted or emergency contacts. Another Verizon service uses voice recognition technology to allow you to secure your Verizon accounts. You may also opt in to facial recognition identity verification when you request to purchase certain products and services.
- Demographic and interest data, as well as device type, carrier, city and state information, and fraud indicators we obtain from outside companies is used to help us understand our customers and our markets, better personalize your experiences, provide marketing and advertising; test for bias; and create inferences and business insights. We use fraud indicators we receive from other companies to help detect and prevent fraud.
- And other information that may identify, relate to, describe, or is capable of being associated with you, for example, information you provide to us, or grant us permission to collect such as through our mobile applications. This may include contacts, profile photos, motion activity, vehicle information or in limited circumstances, we may collect your insurance policy number if it is needed for processing damage claims.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**48. service providers who do work on our behalf**

We disclose information to service providers as necessary for them to perform work for us. We disclose to them the information they need to perform that work. This includes personal information about you. For example, we disclose contact information to service providers who help us send Verizon marketing campaigns and device information to other service providers who help us monitor our network and provide technical support. Service providers are required to protect the information we disclose to them or they collect on our behalf and use it only for the specific purposes that we allow.

**47. business and commercial purposes**

These purposes include providing you products and services, operating our businesses, and engaging in economic activities such as communicating with you and providing customer service; personalizing your experiences; improving our services; providing marketing and advertising; debugging; auditing our processes and services; short-term transient uses; research; and security, fraud, and legal compliance.

We do not use or disclose sensitive personal information beyond what is needed to provide the products and services you request, with your consent, or for other **purposes specified in the law.** [49]

**49. purposes specified in the law**

These reasons include: detecting security incidents; resisting malicious, deceptive, fraudulent or illegal actions; ensuring the physical safety of a person; short-term, transient uses; performing services such as maintaining or servicing accounts, providing customer service, fulfilling orders and transactions; verifying your information; and verifying, maintaining or enhancing a service on a device that is owned, manufactured or controlled by us or on your device. We may also disclose information to service providers providing storage or similar services on our behalf.

Certain Verizon Value brands may offer financial incentives for information that you provide through discounts and coupons for service. To the extent we can determine the value of your information, we consider the value of your information reasonably related to the cost of the incentive that we offer.

We may also disclose information with your consent and as further described in other sections of this policy.

Our policies require that we retain records containing personal information for as long as they are needed for legal, tax, audit, investigative, and security purposes and then securely delete or destroy them. We incorporate personal information into different types of records; it is not always retained by distinct data elements. For example, your name is part of your account, billing, technical support and call detail records. Each type of record may be retained for a different time period depending on its purpose.

**You have the right to access, delete and correct information.** You can request access to specific pieces and categories of personal information we collect.

Verizon Wireless or Home services customers can submit requests by using our Privacy Dashboard (https://www.verizon.com/privacy/your-data) and following the instructions there, or by calling 1-800-333-3972.

Verizon Value customers can submit requests through their **online account** [50] or by calling 1-877-799-1999. Visible customers can submit requests by using our Visible Data and Privacy Portal (https://www.visible.com/privacyportal) or by emailing us at privacy@visible.com. Visible Community and Merch customers should follow these **instructions to submit requests** [51] to access or correct information.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**50. online account**

- https://www.tracfone.com/ccpa/home (https://www.tracfone.com/ccpa/home)
- https://www.straighttalk.com/ccpa/home (https://www.straighttalk.com/ccpa/home)
- https://www.simplemobile.com/ccpa/home (https://www.simplemobile.com/ccpa/home)
- https://www.net10wireless.com/ccpa/home (https://www.net10wireless.com/ccpa/home)
- https://www.myfamilymobile.com/ccpa/home (https://www.myfamilymobile.com/ccpa/home)
- https://www.totalwireless.com/ccpa/home (https://www.totalwireless.com/ccpa/home)
- SafeLink: https://www.privacy.tracfone.com/privacyhome?lang=en (//www.privacy.tracfone.com/privacyhome?lang=en)
- https://www.gosmartmobile.com/ccpa/home (https://www.gosmartmobile.com/ccpa/home)
- https://www.pagepluscellular.com/privacy-rights/ (https://www.pagepluscellular.com/privacy-rights/)

---

**51. instructions for submitting requests**

**Visible Community**. If you are a Visible Community user, you can request access to personal information we have about you by logging into your Visible Community account and navigating to My Settings > Personal > Personal Information and clicking "My Personal Information" under "Downloads". You can correct personal information that you believe is inaccurate by logging into your Community Account and navigating to My Settings > Personal > Personal Information / Download. There you can make changes to your personal information and click save to complete the correction. You can also edit any community content you had previously entered. Within "My Profile", you will see "Latest Contributions." Clicking on the post to be edited will take you to the actual post within the discussion topic. From there you can select Edit from the hamburger menu to make changes or corrections. To delete your account and associated personal information log into your Visible Community account and navigate to My Settings > Personal > Close Account. You may send a private message to the moderator or admin team for assistance if needed.

**Visible Merch.** If you are Visible Merch customer, you can request access to personal information we have about you or that we correct inaccurate information by contacting our trusted website service provider, HALO Branded Solutions:

HALO Branded Solutions
Attn: HALO.COM Customer Service
1500 HALO Way Sterling, IL 61081
(855) 425-6266
VisibleMerch@halo.com
Send a message

---

We will provide this information to you in a portable and readily usable format. You can use this same contact information to request that we delete personal information we have about you **unless we need it for specific reasons [52]**, and to correct inaccurate personal information we have about you.

---

**52. unless we need it for specific reasons**

The law describes these reasons to include: needing the information to provide the services you have requested and other activities needed to maintain an ongoing business relationship or perform a contract with you, to maintain information security, to exercise legal rights and to comply with other laws.

---

**You have a right to inform us that you do not want your personal information sold or shared.** California law defines "sale or sharing" to include sharing personal information for monetary or other valuable consideration and the sharing of information we have about you for cross contextual advertising purposes. The definition does not cover all disclosures of personal information. We do not knowingly sell or share personal information related to children under 16 years of age.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

disclose personal information we have about you, or personal information we obtained from your activity across third-party businesses, websites, apps or services, to social media and advertising technology companies to better target ads to you, to find others like you who might value our services, or when we use personal information as part of **our own programs** [53].

---

**53. our own programs**

Our programs include Relevant Online Advertising, and Fios TV market research and audience measurement.

---

We may also share information about certain Verizon Value customers with a partner, Prove, who facilitates your interactions with third parties, including for verifying your identity and providing information to assist with a decision on a credit application you have submitted to a bank or other third party.

The information that we may share includes:

- Identifiers including name, billing and email address, IP address, unique identifiers such as cookie IDs, and mobile device identifiers.
- Commercial information, including products and services you purchase and consider, how you use them, and information relating to your account and account history.
- Internet information including search and other activity on our sites, and information about your interaction with our sites, apps, and advertisements.

In addition, we share information with Nielsen and Comscore for audience measurement and market research purposes, including Fios TV viewership, device identifiers, and information about the site, app or device used to watch Fios TV. This disclosure of information may be a sale under California law.

Verizon Wireless and Home services customers can opt out of sale and sharing by accessing our Your Privacy Choices ☑✗ (https://www.verizon.com/privacy/your-privacy-choices) page**.**

Verizon Value customers can learn more and opt out by visiting the **Your Privacy Choices** [54] page available from the link at the bottom of the website of the Verizon Value brand that you use.

---

**54. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)
- Page Plus and Clearway Wireless for Business do not engage in this activity

---

Visible wireless customers can opt out at the Visible Your Privacy Choices (https://www.visible.com/legal/privacy-choices) ☑✗ page. If you are a Visible Merch or Visible Offers customer, or if you use the Visible Community site, you can **opt out on these sites** [55]. Our selling and sharing activity for these sites and customers is limited to cookies and other web technologies on the site to better tailor our advertising to you.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**55. opt out on these sites**

- Visible Merch customers can click the Your Privacy Choices link at the footer of the Visible Merch (https://www.visiblemerch.com/) websites.
- Visible Community users can visit the Visible Community Your Privacy Choices (http://community.visible.com/t5/custom/page/page-id/yourprivacychoices)page to opt out.
- Visible Offers customers can opt out of selling and sharing of your activity by turning off "Functional and Performance" and "Advertising" cookies in the cookie settings that can be accessed from the Your Privacy Choices link in the footer of the Visible Offers site, or by managing your settings through the cookie banner that displays on your first visit to the site. If you opt out of Functional and Performance and Advertising cookies, only web tech that is required for the site to function will operate during your visit.

Verizon Community users can visit the Verizon Community Your Privacy Choices (https://community.verizon.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.

Teachers who access Verizon Innovative Learning HQ can visit the Verizon Innovative Learning Your Privacy Choices page (/learning/your-privacy-choices) to opt out.

We also honor Global Privacy Control (https://globalprivacycontrol.org/) opt out preference signals you may set on your browser. If you are not logged in or don't have an account and use a GPC on your visit to one of our websites, we will stop third-party cookies, pixels, and similar technology on that site from collecting, using, and sharing information from your site visit for purposes of targeting ads to you based on your online behavior and activity. This opt out will apply to your activity on our website for the browser and on the device you are using when the GPC signal is on. We will need more information to identify you and apply your opt out to your account, phone number and email information. If you are a customer and you're logged in to your account from a browser with the GPC signal on, we will block third-party cookies, pixels, and similar technology on our site and we will opt you out of selling and sharing of personal information associated with your line. We do not respond to Do Not Track signals.

**You have the right to not be discriminated against.** We do not **discriminate** [56] against you if you exercise any rights described in this section.

**56. discriminate**

We will not deny goods or services, charge different prices or rates for goods or services or provide you a different level or quality of goods and services. You also have the right to receive information about any financial incentives we offer to you.

**Where to exercise your rights.** You or your **authorized agent** [57] can exercise your right to know, access, delete, and correct data as follows:

**57. authorized agent**

You may designate a business or individual as your agent. Verizon Wireless or Home Services customers can appoint an authorized agent using our Privacy Dashboard (/privacy/your-data) to "Assign and manage your authorized agent." Verizon Value customers may appoint an authorized agent through an existing online account or by calling 1-877-799-1999. Visible customers may assign and manage their authorized agents on the Visible Data and Privacy Portal (https://www.visible.com/privacyportal) by selecting "Assign and manage your authorized agent." If you are a Visible Community user you may appoint an authorized agent by emailing us at privacy@visible.com (mailto:privacy@visible.com) with your name and Community username and the name, address and email address for your authorized agent. Visible Merch customers can appoint an authorized agent by contacting us at VisibleMerch@Halo.com (mailto:VisibleMerch@Halo.com) with your name, email address and mailing address, and the name, address and email of your authorized agent.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**58. online account**

- https://www.tracfone.com/ccpa/home (https://www.tracfone.com/ccpa/home)
- https://www.straighttalk.com/ccpa/home (https://www.straighttalk.com/ccpa/home)
- https://www.simplemobile.com/ccpa/home (https://www.simplemobile.com/ccpa/home)
- https://www.net10wireless.com/ccpa/home (https://www.net10wireless.com/ccpa/home)
- https://www.myfamilymobile.com/ccpa/home (https://www.myfamilymobile.com/ccpa/home)
- https://www.totalwireless.com/ccpa/home (https://www.totalwireless.com/ccpa/home)
- SafeLink: https://www.privacy.tracfone.com/privacyhome?lang=en (https://www.privacy.tracfone.com/privacyhome?lang=en)
- https://www.gosmartmobile.com/ccpa/home (https://www.gosmartmobile.com/ccpa/home)
- https://www.pagepluscellular.com/privacy-rights/ (https://www.pagepluscellular.com/privacy-rights/)

Visible customers: visit the Visible Data and Privacy Portal (https://www.visible.com/privacyportal) or send an email to privacy@visible.com (mailto:privacy@visible.com). If you use the Visible Community or Visible Merch websites please follow **these instructions** [59] to exercise your right to know, access, delete, and correct data.

**59. these instructions**

- **Visible Community users:** Log into your Visible Community account and navigate to My Settings > Personal > Personal Information and click "My Personal Information" under "Downloads" to access information we have about you or navigate to My Settings > Personal > Close Account to delete your account information. You may correct your information in your account profile and you may edit your posts at any time.
- **Visible Merch Customers:** Contact our trusted website service provider, HALO Branded Solutions by emailing VisibleMerch@halo.com, by (mailto:VisibleMerch@halo.com)calling 1-855-425-6266 or by sending a request via U.S. Postal Mail to Halo Branded Solutions, Attn: HALO.COM (http://halo.com) Customer Service, 1500 HALO Way, Sterling, IL 61081

Clearway Wireless for Business customers: call 1-844-638-1028

Verizon Wireless or Home services customers can exercise your right to opt-out of selling and sharing by visiting Your Privacy Choices ✅❌ (https://www.verizon.com/privacy/your-privacy-choices). Verizon Value customers can opt out by visiting the **Your Privacy Choices** [60] page available from the link at the bottom of the website of the Verizon Value brand that you use.

**60. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)
- Page Plus and Clearway Wireless for Business do not engage in this activity

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**61. opt out on these sites**

- Visible Merch customers can click the Your Privacy Choices link at the footer of the Visible Merch (https://www.visiblemerch.com/) websites.
- Visible Community users can visit the Visible Community Your Privacy Choices (http://community.visible.com/t5/custom/page/page-id/yourprivacychoices)page to opt out.
- Visible Offers customers can opt out of selling and sharing of your activity by turning off "Functional and Performance" and "Advertising" cookies in the cookie settings that can be accessed from the Your Privacy Choices link in the footer of the Visible Offers site, or by managing your settings through the cookie banner that displays on your first visit to the site. If you opt out of Functional and Performance and Advertising cookies, only web tech that is required for the site to function will operate during your visit.

Verizon Community website users can visit the Verizon Community Your Privacy Choices (https://community.verizon.com/t5/custom/page/page-id/yourprivacychoices) to opt out.

Teachers who access Verizon Innovative Learning HQ can visit the Verizon Innovative Learning Your Privacy Choices page to opt out.

If you are a Verizon Wireless or Home services customer, your authorized agent can exercise your right to opt-out of selling and sharing by following the instructions at Your Privacy Choices (/privacy/your-privacy-choices) ☑️✖️. If you are a Verizon Value customer your authorized agent can exercise your right to opt out of selling and sharing by emailing us at privacy@tracfone.com (mailto:privacy@tracfone.com). Authorized agents of Visible customers can exercise your right to opt out of selling and sharing by clicking on the link at the bottom of the Visible Your Privacy Choices (https://www.visible.com/legal/privacy-choices) page. Authorized agents of Visible Community users can exercise your right to opt out of selling and sharing by emailing us at privacy@visible.com (mailto:privacy@visible.com). Authorized agents of Visible Merch customers can exercise your right to opt out of selling and sharing by emailing us at VisibleMerch@halo.com (mailto:VisibleMerch@halo.com). If you would like to opt out of the collection and use of information through web-based tools such as cookies, pixels, beacons, tags, scripts and similar technology, please visit the Your Privacy Choices link above for the websites that you use in addition to having your authorized agent contact us. This will associate your opt out with your browser.

When you submit a request to know, access, delete or correct data, we require you to verify your identity using the processes we describe in the dashboard, portal, your online account, or the privacy choices page before we fulfill your request. Depending on the type of request you make, you may be required to log into an existing account and prove access to your mobile phone, to your email address on file with us, or to a government-issued ID.

**Reporting.** You can access our 2024 CCPA report (https://www.verizon.com/about/privacy/ccpa-reporting) to learn about the individual rights requests we received during that year.

**Questions.** If you have questions about your rights under California Law or about our privacy policies and practices, you may submit a privacy inquiry form (/about/privacy/privacy-inquiries) or call 1-800-922-0204 if you are a Mobile customer or call 1-800-837-4966 if you have Home-based services, such as Verizon Fios.

## Additional California Privacy Rights

California customers may **request [62]**, that we provide the identity of any third parties with whom we have disclosed personal information for the third parties' direct marketing purposes within the previous calendar year, along with the type of personal information disclosed. Verizon does not disclose personal information to third parties for their own **direct marketing purposes. [63]**

**63. direct marketing purposes**

"Direct marketing purposes" means the use of personal information to solicit or induce a purchase, rental, lease, or exchange of products, goods, property, or services directly to individuals by means of the mail, telephone, or electronic mail for their personal, family, or household purposes.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**64. 62. request**

California residents can make a request by submitting a <u>privacy inquiry form (/about/privacy/privacy-inquiries)</u> or writing to us at:
Verizon Privacy Office
1300 I Street, NW Suite 500 East
Washington, DC 20005

## Colorado, Connecticut, Delaware, Iowa, Maryland, Minnesota, Montana, Nebraska, New Hampshire, New Jersey, Oregon, Tennessee, Texas, Utah and Virginia Privacy Laws

Colorado, Connecticut, Delaware, Iowa, Maryland, Minnesota, Montana, Nebraska, New Hampshire, New Jersey, Oregon, Tennessee, Texas, Utah and Virginia have comprehensive privacy laws that provide residents with additional specific rights.

**Your right to know what personal information we collect, how we use and disclose it, and how long we keep it.** This privacy policy provides details about our collection and use practices. The state laws generally require that we provide you information about the **categories of personal information we collect and the purposes for which we collect each category** [65].

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**65. categories of personal information we collect and the purposes for which we collect each category**

- Contact and device information (including, name, billing and email address, mobile device identifiers and device type, IP address, account credentials, business customer representative contact information); information about the products and services you purchase or consider; information about browsing, search and other activity on our sites and apps, your interactions with our sites, apps and advertisements; your rewards program activity; and information about your devices and how they are working, including performance on our network. We use this information to provide you with products and services, operate our business, communicate with you and provide customer service, personalize your experience, improve our services, provide marketing and advertising, create business insights, debug and audit our processes and services, short term transient uses, research, security, fraud and legal reasons.
- We use demographic and interest information you provide or that we obtain from third parties to help us understand our customers and our markets, better personalize your experiences, provide marketing and advertising; test for bias; and create inferences and business insights. We use fraud indicators we receive from other companies to help detect and prevent fraud.
- Geolocation information from our network and, when you permit it, in our apps; information about how you use our products and services; web browsing across unaffiliated sites and apps; voice recordings of customer service calls; and photographs of customer equipment. We use this information for purposes including business operations; security and fraud protection and prevention; to personalize your experiences and our marketing; and for the specific purposes we describe to you when you opt in.
- Secure account information including your account log-in credentials; financial account information; Social Security Number or tax identifier; identification and identification numbers including driver's license, state identification card, or passport; debit or credit card number with any required security or access code, password, or credentials that allow access to an account; and professional or employment related information. We use this information to provide you with access to your accounts, measure credit and payment risk, accept payment for products and services you purchase; confirm eligibility for certain services such as the Lifeline Assistance Program; security and fraud prevention and legal compliance purposes.
- Genetic, biometric and health information for limited purposes such as some Verizon apps allow you to provide health information to your trusted or emergency contacts. Another Verizon service uses voice recognition technology to allow you to secure your Verizon accounts. You may also opt in to facial recognition identity verification when you request to purchase certain products and services.
- Audio, electronic, visual or similar information, such as voice recordings of customer service calls and photographs of customer equipment. We use this information to troubleshoot service, improve our service and for quality assurance, help us better understand our customers and our markets, personalize your experiences, authenticate you, provide marketing and advertising, test for bias, create business insights and for security and fraud prevention.
- Other information that may identify, relate to, describe, or is capable of being associated with you, for example, in limited circumstances, we may collect your insurance policy number if it is needed for processing damage claims, or information that you provide when you interact with us in stores or online chats.

We collect personal information **when you interact with us** [66] and use our products and services, from certain third-party sources and from our network and the devices you use. Some of the information we collect is considered **sensitive personal information under the state laws** [67]. We retain information only as long as reasonably necessary for business, accounting, tax or legal purposes and then securely delete it.

**67. sensitive personal information under the state laws**

The laws describe sensitive data to include some or all of the following types of information:  personal data revealing racial or ethnic origin, national origin, religious beliefs, mental or physical health condition or diagnosis (including pregnancy), sex life or sexual orientation, status as transgender or nonbinary, citizenship or immigration status, processing biometric data for the purpose of uniquely identifying you, personal data collected from a known child, precise geolocation information, certain financial information, and status as a crime victim. Depending on the products and services you use and the information you choose to share, we may have this information about you.

**66. when you interact with us**

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

We may disclose information to service providers to do work on our behalf. We may also disclose information to third parties for credit and collections, directory assistance and caller id purposes; with your consent; and as further described in other sections of this policy.

**Your rights to access, delete and correct information.** You can request access to specific personal information we have about you. Verizon Wireless or Home services customers may submit requests using our Privacy Dashboard (https://www.verizon.com/privacy/your-data) and following the instructions there, or by calling 1-800-333-3972. Verizon Value customers can submit requests through their **online account** [68] or by calling 1-877-799-1999. Visible customers can submit requests using the Visible Data and Privacy Portal (https://www.visible.com/privacyportal) or by emailing us at privacy@visible.com. Visible Community and Merch customers should follow these **instructions to submit requests** [69] to access or correct information.

- https://www.tracfone.com/ccpa/home (https://www.tracfone.com/ccpa/home)
- https://www.straighttalk.com/ccpa/home (https://www.straighttalk.com/ccpa/home)
- https://www.simplemobile.com/ccpa/home (https://www.simplemobile.com/ccpa/home)
- https://www.net10wireless.com/ccpa/home (https://www.net10wireless.com/ccpa/home)
- https://www.myfamilymobile.com/ccpa/home (https://www.myfamilymobile.com/ccpa/home)
- https://www.totalwireless.com/ccpa/home (https://www.totalwireless.com/ccpa/home)
- SafeLink: (https://www.safelinkwireless.com/Enrollment/Safelink/en/Web/www/default/index.html#!/myAccount/privacy) https://www.privacy.tracfone.com/privacyhome?lang=en (https://www.privacy.tracfone.com/privacyhome?lang=en)
- https://www.gosmartmobile.com/ccpa/home (https://www.gosmartmobile.com/ccpa/home)
- https://www.pagepluscellular.com/privacy-rights/ (https://www.pagepluscellular.com/privacy-rights/)

**Visible Community**. If you are a Visible Community user, you can request access to personal information we have about you by logging into your Visible Community account and navigating to My Settings > Personal > Personal Information and clicking "My Personal Information" under "Downloads". You can correct personal information that you believe is inaccurate by logging into your Community Account and navigating to My Settings > Personal > Personal Information / Download. There you can make changes to your personal information and click save to complete the correction. You can also edit any community content you had previously entered. Within "My Profile", you will see "Latest Contributions." Clicking on the post to be edited will take you to the actual post within the discussion topic. From there you can select Edit from the hamburger menu to make changes or corrections. To delete your account and associated personal information log into your Visible Community account and navigate to My Settings > Personal > Close Account. You may send a private message to the moderator or admin team for assistance if needed.

**Visible Merch.** If you are Visible Merch customer, you can request access to personal information we have about you or that we correct inaccurate information by contacting our trusted website service provider, HALO Branded Solutions:

HALO Branded Solutions
Attn: HALO.COM Customer Service
1500 HALO Way Sterling, IL 61081
(855) 425-6266
VisibleMerch@halo.com
Send a message

We will provide this information to you in a portable and readily usable format. You can use this same contact information to request that we delete personal information we have about you, **unless we need it for reasons specified by the laws** [70], and to correct inaccurate personal information we have about you.

Delaware residents may request a list of the **categories of third parties** [71] with whom we disclose information.

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**71. categories of third parties**

We disclose personal information to third-party advertising and ad measurement companies as described in detail in the section titled "You have a right to tell us not to sell personal information or process it for certain targeted advertising purposes." We also disclose personal information to third parties for other purposes, such as with your consent or as required by law, as detailed in the section of this policy titled, "Does Verizon disclose information it has about me?"

**70. unless we need it for reasons specified by the laws**

These state privacy law describe these reasons slightly differently, but generally, they include: needing the information to provide the services you use and the internal operations needed to maintain an ongoing business relationship or perform a contract with you, maintaining information security, preventing fraud, and exercising our legal rights including defending against legal claims, complying with laws and cooperating with law enforcement in good faith.

**Use of sensitive personal information**. These state laws prohibit us from using sensitive personal information without your consent, except as **specified in the law [72]**. We use sensitive personal information as authorized by the law or after we obtain your express consent.

**72. specified in the law**

The reasons vary slightly within these different state privacy laws, but generally include: complying with laws, rules, regulations, investigative subpoena or summons by governmental authorities; cooperating with law enforcement; investigating, establishing, preparing or defending against legal claims; providing and maintaining the products and services you use, preventing and responding to security and other significant incidents; taking immediate steps to protect an interest that is essential for the life or physical safety; and using information for short-term transient purposes such as displaying relevant information to you based on your activity during a single interaction.

**Residents of Colorado, Connecticut, Delaware, Maryland, Minnesota, Montana, Nebraska, New Hampshire, New Jersey, Oregon, Tennessee, Texas, and Virginia have the right to tell us not to use personal information to create profiles about you that we use to inform decisions that have legal or similarly significant effects.** We do not use personal information to profile you to further decisions that have legal or similarly significant effects.

**You have a right to tell us not to sell personal information or process it for certain targeted advertising purposes.** The laws vary in the way they define sale and certain targeted advertising, but generally, they require that we provide you with the ability to limit activities that involve disclosing personal information for monetary or other valuable consideration and using personal information about you from your activity across other websites or apps to target ads to you. The definitions do not cover all disclosure of personal information. We do not knowingly sell personal information related to children under 18 years of age, or knowingly use such information for targeted advertising purposes.

We engage in selling or targeted advertising activities when we disclose, or allow certain third-party advertising and ad measurement companies (including social networks) to collect your hashed email address, information about your purchase of products and services from us, and information about your activity on our sites and in our apps. They can use that information to help us provide more relevant Verizon advertising on our own and on non-Verizon sites and apps. These companies may combine that information with information they collect elsewhere to determine whether you or someone with similar interests may fit into an audience that advertisers, including Verizon, are trying to reach, to serve targeted advertising to you on our sites and other sites and platforms, or to find other potential customers. This occurs through the use of cookies, pixels, tags, beacons, tags, scripts, identifier matching, application programming interfaces and similar technologies. We may also engage in selling or targeted advertising activities when we obtain personal information from other companies to better target ads to you, to find others like you who might value our services, or when we use personal information as part of **our own programs [73]**. If you are a Verizon Value customer, we may disclose information that identifies you with a partner, Prove, who facilitates your interactions with third parties, including for identity verification and providing information to assist with a decision on a credit

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**73. our own programs**

Our programs include Custom Experience, Custom Experience Plus, Relevant TV Advertising, Relevant Online Advertising, and Fios TV market research and audience measurement.

Verizon Wireless or Home services customers can opt out of the sale and use of personal information for certain targeted advertising by accessing our Your Privacy Choices (https://www.verizon.com/privacy/your-privacy-choices) page.

Verizon Value customers can opt out by visiting the **Your Privacy Choices** [74] page available from the link at the bottom of the website of the Verizon Value brand that you use.

**74. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)
- Page Plus and Clearway Wireless for Business do not engage in this activity

Visible wireless customers can opt out at the Visible Your Privacy Choices (https://www.visible.com/legal/privacy-choices) page. If you are a Visible Merch or Visible Offers customer, or if you use the Visible Community site, you can **opt out on these sites** [75]. Our selling and sharing activity for these sites and customers is limited to cookies and other web technologies on the site to better tailor our advertising to you.

**75. opt out on these sites**

- Visible Merch customers can click the Your Privacy Choices link at the footer of the Visible Merch (https://www.visiblemerch.com/) websites.
- Visible Community users can visit the Visible Community Your Privacy Choices (http://community.visible.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.
- Visible Offers customers can opt out of selling and sharing of your activity by turning off "Functional and Performance" and "Advertising" cookies in the cookie settings that can be accessed from the Your Privacy Choices link in the footer of the Visible Offers site, or by managing your settings through the cookie banner that displays on your first visit to the site. If you opt out of Functional and Performance and Advertising cookies, only web tech that is required for the site to function will operate during your visit.

Verizon Community users can visit the Verizon Community Your Privacy Choices (https://community.verizon.com/t5/custom/page/page-id/yourprivacychoices) page to opt out.

Teachers who access Verizon Innovative Learning HQ can visit the Verizon Innovative Learning Your Privacy Choices page (/learning/your-privacy-choices) to opt out.

These pages also describe how we honor Global Privacy Control (https://globalprivacycontrol.org/) (GPC) opt-out preference

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

account, phone number and email information. If you are a customer and you're logged in to your account from a browser with the GPC signal on, we will block third-party cookies, pixels, and similar technology on our site and we will opt you out of selling and sharing of personal information associated with your line. We do not honor Do Not Track signals.

If you are a member who is logged in to your account when using the GPC signal to opt out, your login will allow us to remember and apply your choice to your account when you log back in on the site. We do not respond to Do Not Track signals.

**Some states allow you to appeal** a denial of your request to exercise the privacy rights provided by the state law. If you are a resident of Colorado, Connecticut, Delaware, Iowa, Maryland, Minnesota, Montana, Nebraska, New Hampshire, New Jersey, Oregon, Tennessee, Texas, or Virginia and we deny your request, you can appeal the denial as follows:

- Verizon Wireless or Home services customers: follow the instructions listed in the denial communication, submit a request through a privacy inquiry form (/about/privacy/privacy-inquiries), or call 1-800-333-3972.
- Verizon Value customers: use the link in the denial communication or email us at privacy@tracfone.com (mailto:privacy@tracfone.com) and please include the word "APPEAL" in the email subject line along with your name, contact phone number, a description of the decision you are appealing and the reason for your appeal.
- Visible customers: follow the instructions listed in the denial communication, submit a request through a privacy inquiry form (/about/privacy/privacy-inquiries) or email us at privacy@visible.com (mailto:privacy@visible.com). Please use the subject line "APPEAL" and provide your name, contact information including phone number, a description of the decision you are appealing, and the reason for your appeal.

**You have the right to not be discriminated against.** We do not **discriminate** [76] against you if you exercise any rights provided to you by state law. You also have the right to receive information about financial incentives we offer you.

> **76. discriminate**
>
> We will not deny goods or services, charge different prices or rates for goods or services or provide you a different level or quality of goods and services. You also have the right to receive information about any financial incentives we offer to you.

**Where to exercise your rights.** You may submit a request to know, access, delete, and correct data, or you may appoint an **authorized agent** [77] to submit certain requests on your behalf.

> **77. authorized agent**
>
> You may designate a business or individual as your agent. Verizon Wireless or Home Services customers can appoint an authorized agent using our Privacy Dashboard (/privacy/your-data) to "Assign and manage your authorized agent." Verizon Value customers may appoint an authorized agent through an existing online account or by calling 1-877-799-1999. Visible customers may assign and manage their authorized agents on the Visible Data and Privacy Portal (https://www.visible.com/privacyportal) by selecting "Assign and manage your authorized agent." If you are a Visible Community user you may appoint an authorized agent by emailing us at privacy@visible.com (mailto:privacy@visible.com) with your name, Community username and the name, address and email address for your authorized agent. Visible Merch customers can appoint an authorized agent by contacting us at VisibleMerch@Halo.com (mailto:VisibleMerch@Halo.com) with your name, address and email, and the name, address and email of your authorized agent. We may require additional proof that you granted the authority.

Verizon Wireless or Home services customers may submit a request by:

- visiting our Privacy Dashboard (https://www.verizon.com/privacy/your-data) or
- calling 1-800-333-3972.

Verizon Value customers may submit a request using the customer's **online account** [78] or by calling 1-877-799-1999

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**78. online account**

- https://www.tracfone.com/ccpa/home (https://www.tracfone.com/ccpa/home)
- https://www.straighttalk.com/ccpa/home (https://www.straighttalk.com/ccpa/home)
- https://www.simplemobile.com/ccpa/home (https://www.simplemobile.com/ccpa/home)
- https://www.net10wireless.com/ccpa/home (https://www.net10wireless.com/ccpa/home)
- https://www.myfamilymobile.com/ccpa/home (https://www.myfamilymobile.com/ccpa/home)
- https://www.totalwireless.com/ccpa/home (https://www.totalwireless.com/ccpa/home)
- SafeLink: (https://www.safelinkwireless.com/Enrollment/Safelink/en/Web/www/default/index.html#!/myAccount/privacy) https://www.privacy.tracfone.com/privacyhome?lang=en (https://www.privacy.tracfone.com/privacyhome?lang=en)
- https://www.gosmartmobile.com/ccpa/home (https://www.gosmartmobile.com/ccpa/home)
- https://www.pagepluscellular.com/privacy-rights/ (https://www.pagepluscellular.com/privacy-rights/)

Visible customers: visit the Visible Data and Privacy Portal (https://www.visible.com/privacyportal) or send an email to privacy@visible.com (mailto:privacy@visible.com). If you use the Visible Community or Visible Merch websites please follow **these instructions** [79] to exercise your right to know, access, delete, and correct data.

**79. these instructions**

- **Visible Community users:** Log into your Visible Community account and navigate to My Settings > Personal > Personal Information and click "My Personal Information" under "Downloads" to access information we have about you or navigate to My Settings > Personal > Close Account to delete your account information. You may correct your information in your account profile and you may edit your posts at any time.
- **Visible Merch Customers:** Contact our trusted website service provider, HALO Branded Solutions by emailing VisibleMerch@halo.com (mailto:VisibleMerch@halo.com), by calling 1-855-425-6266 or by sending a request via U.S. Postal Mail to Halo Branded Solutions, Attn: HALO.COM (http://halo.com) Customer Service, 1500 HALO Way, Sterling, IL 61081

Clearway Wireless for Business customers may submit a request by calling 1-844-638-1028.

Verizon Wireless or Home services customers can exercise your right to opt-out of selling and sharing by visiting Your Privacy Choices ✅❌ (/privacy/your-privacy-choices). Verizon Value customers can opt out by visiting the **Your Privacy Choices** [80] page available from the link at the bottom of the website of the Verizon Value brand that you use.

**80. Your Privacy Choices**

- Tracfone: https://www.tracfone.com/ccpa/home?reqType=dns (https://www.tracfone.com/ccpa/home?reqType=dns)
- StraightTalk: https://www.straighttalk.com/ccpa/home?reqType=dns (https://www.straighttalk.com/ccpa/home?reqType=dns)
- Simple Mobile: https://www.simplemobile.com/ccpa/home?reqType=dns (https://www.simplemobile.com/ccpa/home?reqType=dns)
- Net10 Wireless: https://www.net10wireless.com/ccpa/home?reqType=dns (https://www.net10wireless.com/ccpa/home?reqType=dns)
- Walmart Family Mobile: https://www.myfamilymobile.com/ccpa/home?reqType=dns (https://www.myfamilymobile.com/ccpa/home?reqType=dns)
- Total Wireless: https://www.totalwireless.com/ccpa/home?reqType=dns (https://www.totalwireless.com/ccpa/home?reqType=dns)
- SafeLink: https://www.safelinkwireless.com/en/#!/ypc (https://www.safelinkwireless.com/en/#!/ypc)
- Go Smart Mobile: https://www.gosmartmobile.com/ccpa/home?reqType=dns (https://www.gosmartmobile.com/ccpa/home?reqType=dns)
- Page Plus and Clearway Wireless for Business do not engage in this activity

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

**81. opt out on these sites**

- Visible Merch customers should click the Your Privacy Choices link at the footer of the <u>Visible Merch</u> <u>(https://www.visiblemerch.com/)</u> websites.
- Visible Community users can visit the <u>Visible Community Your Privacy Choices</u> <u>(http://community.visible.com/t5/custom/page/page-id/yourprivacychoices)</u>page to opt out.
- Visible Offers customers can opt out of selling and sharing of your activity by turning off "Functional and Performance" and "Advertising" cookies in the cookie settings that can be accessed from the Your Privacy Choices link in the footer of the Visible Offers site, or by managing your settings through the cookie banner that displays on your first visit to the site. If you opt out of Functional and Performance and Advertising cookies, only web tech that is required for the site to function will operate during your visit.

Verizon Community users can visit the <u>Verizon Community Your Privacy Choices</u> <u>(https://community.verizon.com/t5/custom/page/page-id/yourprivacychoices)</u> page to opt out.

Teachers who access Verizon Innovative Learning HQ can visit the <u>Verizon Innovative Learning Your Privacy Choices page</u> <u>(/learning/your-privacy-choices)</u> to opt out.

If you are an Android user you can use the "Your Privacy Choices" link at the bottom of notifications pushed to your device to opt out of personalized app recommendations.

If you are a Verizon Wireless or Home services customer, your authorized agent can exercise your right to opt-out to limit the sale of personal information or the use of personal information for targeted advertising by following the instructions at <u>Your Privacy Choices (/privacy/your-privacy-choices)</u> submitting a privacy inquiry form. If you are a Verizon Value customer your authorized agent can exercise this opt out right by emailing us at <u>privacy@tracfone.com (mailto:privacy@tracfone.com)</u>. Authorized agents of Visible customers can exercise your right to opt-out by clicking on the link at the bottom of the <u>Visible Your Privacy Choices (https://www.visible.com/legal/privacy-choices)</u> page. Authorized agents of Visible Community users can email us at <u>privacy@visible.com (mailto:privacy@visible.com)</u> with your name and your Visible Community username to opt you out. Authorized agents of Visible Merch customers can email us at <u>VisibleMerch@halo.com (mailto:VisibleMerch@halo.com)</u> with your name, address, and email address. If you would like to opt out of the collection and use of information through web-based tools such as cookies, pixels, beacons, tags, scripts and similar technology, please visit the Your Privacy Choices link above for the websites that you use in addition to having your authorized agent contact us. This will associate your opt out with your browser.

For requests to  access, delete or correct information we require you to **verify your identity** [82] using the processes we describe in the dashboard before we fulfill your request.

**82. verify your identity**

For example, you may have to prove access to your mobile phone, to your email address on file with us, or to a government-issued ID.

**Questions.** If you have questions about your rights under these state laws or about our privacy policies and practices, please submit a <u>privacy inquiry form (/about/privacy/privacy-inquiries)</u>.

## Colorado & Illinois Biometric Information Privacy

The Colorado Privacy Act applies to **Biometric Identifiers and Biometric Data** [83] and the Illinois Biometric Information Privacy Act applies to **Biometric Identifiers and Biometric Information** [84]

**84. Biometric Identifiers and Biometric Information**

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 83. Biometric Identifiers and Biometric Data

In Colorado, "Biometric Identifiers" means data generated by the technological processing, measurement, or analysis of biological, physical, or behavioral characteristics, which can be processed for the purpose of uniquely identifying someone, and includes fingerprints; voiceprints; scans or records of an eye retina or iris; facial maps, facial geometry, or facial templates; or other unique biological, physical or behavioral patterns or characteristics. "Biometric Data" means one or more Biometric Identifiers that are used or intended to be used, for identification purposes.

**What we collect and how we use it.** We may collect and use certain Biometric Data or Biometric Information ("Biometric Information") to verify or authenticate your identity; to protect against fraud; and for safety and other security purposes. We collect Biometric Information when you consent to voice or facial authentication. When you permit us to scan your face geometry or create a voiceprint, we turn it into a stored numerical representation (the "template"). Each time you scan your face geometry or later when you speak to one of our representatives, we compare your face or your voice to the stored template associated with your account. If they match, we are able to authenticate you so that you can access account information, complete account transactions, get assistance from a Verizon representative, or visit a Verizon corporate office.

**When we disclose Biometric Information.** We may disclose Biometric Information to service providers who work on our behalf. These service providers may use the Biometric Information disclosed to them only for purposes related to providing service to Verizon, and are required to delete the information when it is no longer needed to provide the service. We may also disclose Biometric Information to comply with law as described in the Does Verizon Disclose Information section of this Policy.

**How long we retain Biometric Information and information security.** We retain Biometric Information as follows (unless we are legally required to retain it longer):

- We retain scans of your face geometry or voiceprint very briefly. We permanently delete the first scan after we use it to generate the stored template. Each time you authenticate, we retain your face geometry or voiceprint scan long enough to compare it to the template, then we permanently delete the scan.
- We retain the stored template until the purpose for collecting it is satisfied. For instance, Verizon Wireless retains templates for approximately 90 days, and Total Wireless retains templates for approximately 180 days from the date that you provided it. We retain voiceprints for as long as you are an active customer and are enrolled in voice authentication. Voiceprints are deleted approximately 24 hours after unenrollment or termination of service.
- We may also retain biometric data as otherwise required to comply with applicable law or valid legal/judicial process.
- We use technical, administrative and physical safeguards as set forth in this Privacy Policy to help protect against unauthorized access to, use or disclosure of information we collect or store. We use our security and incident response plans to handle incidents involving data we process.

**Where to exercise your rights.** Colorado residents who are Verizon Wireless or Home services customers may submit a request to know or access biometric data by:

- visiting our Privacy Dashboard (https://www.verizon.com/privacy/your-data) or
- calling 1-800-333-3972.

Colorado residents who are Total Wireless customers who completed ID verification when purchasing a device may submit a request for additional information by contacting our identity verification partner, Veriff, at privacy@veriff.com.

## Maine Broadband Customer Privacy Rights

The **Maine Broadband Internet Access Service Customer Privacy Act [85]**, effective on July 1, 2020, gives you additional privacy rights when we are your broadband Internet access service provider. The Maine law gives you the right to control certain ways that we use or disclose information we have about you and requires that we provide you with a notice of your rights and our obligations under this law. We do this in this section.

### 85. Maine Broadband Internet Access Service Customer Privacy Act

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

### 86. customer personal information

Maine law defines "customer personal information" as personally identifying information about a customer or information from a customer's use of broadband Internet access service.

We will not use, disclose, sell, or permit access to your Maine broadband customer personal information except for **purposes allowed under the Maine law** [87] or with your affirmative consent. We may ask you for this consent when we interact with you. For example, we may ask to use broadband customer personal information to market **additional services** [88] to you when you call us or come into our stores.

### 87. Purposes allowed under the Maine law

Maine law allows us to use and disclose broadband customer personal information to provide and maintain your broadband services; market and advertise our communications-related services to you; comply with lawful court orders; bill and collect; protect users from fraudulent, abusive, or unlawful use of or subscription to such services; or provide location information in response to certain emergency situations**.**

### 88. additional services

By "additional services," we mean Verizon or partner services that are not communications-related.

The Maine law also provides you with a right to opt-out of any use or disclosure of data that is not customer personal information under the law. At this time, we do not collect information about you as a broadband customer that is not customer personal information. If we begin collecting such information in the future, we will give you the right to opt out of its use and disclosure.

We will not refuse to provide you with broadband service, charge you a penalty, or offer you a discount based on whether you agree that we can use or disclose your broadband customer personal information.

## Nevada Privacy Rights

Nevada law allows consumers to opt out of the **sale of personally identifiable information** [89] by online service providers such as website operators.

### 89. sale of personally identifiable information

Nevada law defines "sale" as the exchange of certain personally identifiable customer information for money. Personally identifiable information includes name, address, phone number, SSN, or any identifier that can be used to contact you electronically.

Verizon doesn't sell personally identifiable information today and we don't have plans to start. If Verizon ever starts selling such personal information, current Verizon customers will be opted out. If you have questions, please submit a privacy inquiry form (https://www.verizon.com/about/privacy/privacy-inquiries).

## Nevada & Washington Health Data
## Privacy Rights

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

## Additional Information for Oregon Residents

**These Verizon entities** [90] are registered as active with the Oregon Secretary of State:

---

**90. These Verizon entities**

Alltel Corporation

BAMS Communications LLC

Bell Atlantic Mobile Systems LLC

Bell Atlantic TriCon Leasing Corporation

Cellco Partnership

GTE Wireless LLC

MCI Communications Services LLC

Rural Cellular Corporation

Verizon Americas LLC

Verizon Capital Corp.

Verizon Connect Inc.

Verizon Connect NWF Inc.

Verizon Connect Telo Inc.

Verizon Corporate Services Group Inc.

Verizon Long Distance LLC

Verizon Marketplace Services LLC

Verizon Network Integration Corp.

Verizon Value Inc.

Verizon Wireless Services, LLC

Visible Service LLC

---

Oregon residents may request access to specific personal information we have about you, including the specific third parties to whom we may disclose personal information.

Verizon customers can use our Privacy Dashboard (/privacy/your-data) or call 1-800-333-3972.

Verizon Value customers can call 1-877-799-1999 or may submit a request online at:

- https://www.tracfone.com/ccpa/home (https://www.tracfone.com/ccpa/home)
- https://www.straighttalk.com/ccpa/home (https://www.straighttalk.com/ccpa/home)
- https://www.simplemobile.com/ccpa/home (https://www.simplemobile.com/ccpa/home)
- https://www.net10.com/ccpa/home (https://www.net10.com/ccpa/home)

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

Visible customers can submit requests to access or correct information using the Visible Data and Privacy Portal (https://www.visible.com/privacyportal) or by emailing us at privacy@visible.com. Visible Community and Merch customers should follow these **instructions for submitting requests** [91] to access or correct information.

---

**91. instructions for submitting requests**

**Visible Community**. If you are a Visible Community user, you can request access to personal information we have about you by logging into your Visible Community account and navigating to My Settings > Personal > Personal Information and clicking "My Personal Information" under "Downloads". You can correct personal information that you believe is inaccurate by logging into your Community Account and navigating to My Settings > Personal > Personal Information / Download. There you can make changes to your personal information and click save to complete the correction. You can also edit any community content you had previously entered. Within "My Profile", you will see "Latest Contributions." Clicking on the post to be edited will take you to the actual post within the discussion topic. From there you can select Edit from the hamburger menu to make changes or corrections. To delete your account and associated personal information log into your Visible Community account and navigate to My Settings > Personal > Close Account. You may send a private message to the moderator or admin team for assistance if needed.

**Visible Merch.** If you are Visible Merch customer, you can request access to personal information we have about you or that we correct inaccurate information by contacting our trusted website service provider, HALO Branded Solutions:

HALO Branded Solutions
Attn: HALO.COM Customer Service
1500 HALO Way Sterling, IL 61081
(855) 425-6266
VisibleMerch@halo.com
Send a message

---

## How do I learn about changes to this privacy policy?

 Learn about how to know that we have made changes to this policy.

---

### Changes to the privacy policy

We may make changes to this privacy policy, so please check back periodically. You will be able to see that we made changes by checking the effective date below. You can also read about recent changes (http://www98.verizon.com/about/privacy/changes-privacy-policy) . If we decide to use or disclose information that identifies you personally in a way that is materially different from what we stated in our privacy policy at the time we collected that information from you, we will give you a choice about the new use or disclosure by appropriate means, which may include an opportunity to opt-out.

Updated October 2025

© 2025 Verizon. All rights reserved.

---

## Contact us with any questions or concerns related to privacy.

**⬜ Write**

Verizon Privacy Office
1300 I Street, NW Suite 500 East
Washington, DC 20005

**Online**

Submit a privacy inquiry form (/about/privacy/privacy-inquiries).

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

## Services & Solutions ⌄

## Support ⌄

## Innovation ⌄

## Network Technologies ⌄

## Careers ⌄

## Follow Verizon News

𝕏  ⃝

## Follow Inside Verizon

𝕏  ⃝

## Follow Verizon Careers

in  𝕏

## Follow Customer Support

f  𝕏

## Follow VerizonGreen

𝕏

(https://www.verizon.com/)

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.

California Privacy Notice (https://www98.verizon.com/about/privacy/full-privacy-policy?scrollto=index-1#acc-item-55)

Health Privacy Notice (https://www98.verizon.com/about/privacy/health-privacy-notice)

Your Privacy Choices ☑☒ (https://www.verizon.com/privacy/your-privacy-choices)

Terms & Conditions (https://www98.verizon.com/about/terms-conditions/overview)

Accessibility (https://www.verizon.com/accessibility/)

Open Internet (https://www98.verizon.com/about/our-company/open-internet)

Important Consumer Information (https://www98.verizon.com/about/consumer-safety/important-consumer-information)

About Our Ads (https://www98.verizon.com/about/privacy/about-our-ads)

Site Map (https://www98.verizon.com/about/site-map)

© 2025 Verizon

We use technologies to collect and share information about your use of our site. By continuing, you agree to the use of these capabilities for a better experience and other purposes. Learn more in our Privacy Policy.